# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

IN RE:　　　　　　　　　　　　　　　　　　　　CHAPTER 7

　　THE COSMETIC CENTER, INC.

　　　　Debtor(s)　　　　　　　　　　　　　　　　CASE NO. 99-00888-PJW

## APPLICATION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

　　　　JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee (the "Trustee"), respectfully represents as follows:

1.　　The Debtor's Chapter 11 case was filed on April 16, 1999.

2.　　The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on September 14, 1999.

3.　　The Trustee was appointed Chapter 7 Bankruptcy Trustee on September 17, 1999.

4.　　The following creditors' disbursements were made and returned as undeliverable. The Trustee has exhausted every method of locating said creditorS and has been unsuccessful in locating successors to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 10236 | FHM DEVELOPMENT LLC | DN483 | 575.00 |
| 10238 | ADVANCE PARADIGM INC. | DN580 | 37,518.49 |
| 10242 | FREE STATE MALL, LLC | 0700229B | 133.37 |
| 10249 | TAMAR, RUDY | DN413 | 25.00 |
| 10273 | CURL, CRISTIN | 0700133 | 1,058.00 |
| 10278 | ACQUIPORT MIDATLANTIC REALTY, INC. | 0700156 | 646.01 |
| 10280 | AM PRODUCTS CO. INC. | 0700172A | 2,304.00 |
| 10281 | COLLINS, KRISTY GWEN | 0700173A | 4,300.00 |
| 10286 | EXPOSITION MILLS OF TEXAS, INC. | 0700212 | 565.69 |
| 10288 | FREE STATE MALL, LLC | 0700229A | 466.76 |
| 10312 | DONALDSON, MANDIE | 0700379 | 863.57 |
| 10320 | JACKSON COUNTY TREASURER | 0700427 | 2,606.40 |
| 10325 | KPT REMIC LOAN LLC | 0700618A | 6,433.90 |
| 10326 | KPT REMIC LOAN LLC | 0700619A | 116.57 |
| 10327 | KPT REMIC LOAN LLC | 0700620A | 20,414.27 |
| 10328 | SCHOLL, ELIZABETH S. | 0700627A | 4,300.00 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 10329 | FIRST UNION NATIONAL BANK | 0700777 | 6,235.00 |
| 10333 | MAGNOLIA BLUFF FACTORY SHOPS LTD PTSHP | 1100123A | 2,771.66 |
| 10339 | URBAN RETAIL PROP., HAWTHORN HILLS | 1100344 | 745.90 |
| 10341 | KPT REMIC LOAN LLC | 1100415A | 14,107.22 |
| 10352 | RIVIERA TRADING, INC. | 0700848P | 2,457.60 |
| 10356 | GROVE CITY FACTORY SHOPS PARTNERSHIP | 1100122P | 3,235.88 |
| 10368 | BALSER, JOYCE K. | 0700121 | 796.00 |
| 10369 | MILLER, CAROLE L. | 0700140 | 1,692.90 |
| 10370 | BROWN, NATALIE I. | 0700142 | 1,343.44 |
| 10372 | ABELL, BARBARA L. | 0700182 | 3,564.15 |
| 10373 | BROWN, MONICA | 0700183 | 1,100.00 |
| 10374 | BOLE, JEANNE S. | 0700403 | 515.00 |
| 10378 | MORA, ESTHER | 0700449 | 1,564.25 |
| 10380 | BOLE, JEANNE S. | 0700478 | 95.00 |
| 10384 | TSATOUMAS, EUGENIA | 0700526P | 4,300.00 |
| 10385 | OMER, RAZIA | 0700532 | 602.78 |
| 10386 | SCOTT, BOBBY J. | 0700535 | 2,583.53 |
| 10387 | LILY HOUSMAND | 0700536 | 271.61 |
| 10396 | HAND, LESLIE | 0700689 | 417.79 |
| 10398 | SNELL, FELICIA | 0700705 | 2,083.80 |
| 10400 | EVERETT, NORMAN | 0700721P | 4,300.00 |
| 10403 | BRIMMER, DEBBIE | 0700758 | 2,320.00 |
| 10405 | BULLARD, SANDRA A. | 0700761 | 3,317.55 |
| 10406 | DE ALTUNA, MILAGROS MUJICA | 0700770 | 216.48 |
| 10408 | GRANGER, BEVERLY | 0700791 | 1,919.26 |
| 10414 | CHRISTINA CHAPMAN | 0700842 | 2,643.30 |
| 10416 | WIGGONTON, LISA R. | 0700847 | 633.75 |
| 10418 | TORBERT, LAURA E | 0700859 | 3,018.10 |
| 10419 | CLAGGETT, ELIZABETH K. | 0700861 | 194.06 |
| 10420 | HUNTRESS, KRISTY | 0700864 | 2,369.22 |
| 10424 | WAGNER, CAROL L. | 0700868 | 1,500.00 |
| 10426 | BRASSEL, JULIA ANN | 0700876 | 641.32 |
| 10462 | KOCHENDORFER, BRAD D/B/A/ KOCHENDORFER ELECTRIC | 0700055 | 74.08 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 10464 | LANE, VERONICA | 0700150 | 21.31 |
| 10465 | Mary L. Larsen | 0700166 | 25.65 |
| 10466 | AM PRODUCTS CO. INC. | 0700172U | 70.01 |
| 10467 | COLLINS, KRISTY GWEN | 0700173U | 6.46 |
| 10472 | FREE STATE MALL, LLC | 0700229U | 3,101.44 |
| 10477 | CONCORDE FRAGRANCE ASSOCIATES, INC. | 0700329 | 550.71 |
| 10478 | T.H.E. ARTIST AGENCY | 0700334 | 191.82 |
| 10482 | KANON FRAGRANCE GROUP USA, INC. | 0700345 | 15.06 |
| 10484 | AMERICAN PROTECTIVE SERVICES | 0700348 | 112.31 |
| 10492 | KH ENTERPRISES | 0700367 | 68.36 |
| 10503 | CLAIROL INC 1331314 | 0700450 | 34.67 |
| 10504 | BRISTOL-MYERS COMPANY | 0700451 | 308.07 |
| 10507 | CANDLE CO. | 0700463 | 27.20 |
| 10510 | GOELITZ CONFECTIONERY | 0700479 | 684.71 |
| 10511 | MARILYN MIGLIN LLC | 0700485 | 964.56 |
| 10515 | STANDARD DISTRIBUTING, INC. | 0700503 | 115.24 |
| 10517 | J.B. WILLIAMS CO., INC. | 0700505 | 3,540.84 |
| 10525 | KPT REMIC LOAN LLC | 0700523 | 4,034.57 |
| 10527 | TSATOUMAS, EUGENIA | 0700526U | 55.66 |
| 10529 | SPECTRA-GUARD | 0700534 | 298.60 |
| 10531 | RWD SERVICE, INC. | 0700546 | 7.01 |
| 10534 | WORLDWIDE COSMETICS | 0700559 | 1,092.62 |
| 10536 | FIRST UNION NATIONAL BANK | 0700564 | 155.70 |
| 10537 | ADVANCED DISTRIBUTION SYS., INC. | 0700565 | 1,530.17 |
| 10538 | KIMMEL TRUCK TIRES | 0700566 | 30.31 |
| 10542 | NEW DANA PERFUMES CORPORATION CUSTOMER | 0700571 | 548.67 |
| 10544 | ADVANCED ENTERPRISES INC WONDER PRODUCTS | 0700580 | 189.72 |
| 10546 | MAILBOXES, ETC | 0700584 | 8.95 |
| 10555 | DATACOM WAREHOUSE | 0700599 | 10.14 |
| 10556 | FERRAGANO PARFUMS LLC | 0700601 | 230.87 |
| 10557 | CARME'COSMECEUTICAL SCIENCES INC. | 0700602 | 331.57 |
| 10559 | W.A.B.B.I.T., INC. | 0700604 | 106.72 |
| 10567 | KPT REMIC LOAN LLC | 0700618U | 6,047.42 |
| 10568 | KPT REMIC LOAN LLC | 0700619U | 12.01 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 10569 | KPT REMIC LOAN LLC | 0700620U | 13,132.20 |
| 10570 | L&N SALES AND MARKETING, INC. | 0700623 | 61.99 |
| 10571 | SCHOLL, ELIZABETH S. | 0700627U | 45.09 |
| 10572 | MARTIN E. ASKIN CO., THE | 0700629 | 107.92 |
| 10573 | KIM & RANDY HARRAR (1st attempt) | 0700631 | 2,325.05 |
| 10576 | MNCIC | 0700656 | 1,085.02 |
| 10583 | FHM DEVELOPMENT LLC | 0700684 | 3,553.57 |
| 10588 | COLOR ME BEAUTIFUL | 0700695 | 3,721.25 |
| 10589 | RGA LEATHERWORKS | 0700696 | 66.54 |
| 10590 | BURNHAM PACIFIC OPERATING PTNSHP | 0700697 | 231.33 |
| 10592 | DAVIDSON BEAUTY SUPPLY EQUIPMENT | 0700701 | 12,029.39 |
| 10593 | EOP-ONE DEVON SQUARE, LP | 0700708 | 5,332.81 |
| 10594 | PROGRESSIVE BEAUTY SYSTEM INC. | 0700709 | 2,169.46 |
| 10597 | PROCTER & GAMBLE DIST. CO | 0700715 | 10,383.92 |
| 10598 | DIAL CORP., THE | 0700716 | 8,074.04 |
| 10600 | CBI LABORATORIES | 0700719 | 679.48 |
| 10601 | SASSABY COSMETICS | 0700720 | 2,108.26 |
| 10602 | EVERETT, NORMAN | 0700721U | 764.86 |
| 10603 | DERMATOLOGICAL SCIENCES CORP. | 0700724 | 148.99 |
| 10607 | NEXXUS OF THE CAROLINAS STROMAN BEAUTY SUPPLY, INC. | 0700735 | 53.21 |
| 10608 | ROCKVALE SQUARE ASSOCIATES | 0700740 | 135.45 |
| 10611 | WOODSTOCK NATURAL PRODUCTS, INC. | 0700744 | 14.65 |
| 10613 | IBM CORPORATION | 0700748 | 455.44 |
| 10614 | IBM CREDIT CORP. | 0700749 | 1,151.05 |
| 10617 | WOMBLES, ANGELICA | 0700756 | 132.39 |
| 10618 | LAMAUR DIVISION OF ELECTRONIC | 0700767 | 43.78 |
| 10620 | EISNER & ASSOCIATES, INC. | 0700771 | 6,080.82 |
| 10628 | M&R CARPET CLEANING | 0700788 | 369.10 |
| 10629 | THORSEN, TED | 0700789 | 23.45 |
| 10634 | R.R. NEW BRAUNFELS | 0700798 | 2,275.73 |
| 10638 | CW WALDORF RETAIL, LP | 0700804 | 3,585.75 |
| 10640 | AURORA COLOR | 0700809 | 162.24 |
| 10645 | EVCOR SYSTEMS MIDATLANTIC | 0700820 | 481.61 |
| 10650 | ACQUIPORT MIDATLANTIC REALTY, INC. | 0700835 | 4,009.17 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 10658 | TELESEC/ CORESTAFF SERVICES | 0700853 | 36.36 |
| 10659 | GUERLAIN, INC. | 0700854 | 277.98 |
| 10660 | EARTH SCIENCE | 0700855 | 200.60 |
| 10662 | EUROPEAN DESIGNER FRAGRANCES | 0700858 | 1,364.91 |
| 10668 | KNEIPP CORPORATION OF AMERICA | 0700881 | 3,746.12 |
| 10677 | JOSEPH BIGIO INTERIOR DESIGN INC. | 0790452 | 73.98 |
| 10678 | JOSEPH BIGIO INTERIOR DESIGN INC. | 0790453 | 61.24 |
| 10680 | ACQUIPORT MIDATLANTIC REALTY, INC. | 0790458 | 525.82 |
| 10681 | UNIVERSAL CLEANING SERVICES, INC. | 0790462 | 377.61 |
| 10694 | PRESS EXPRESS | 0790495 | 457.28 |
| 10696 | PRIMAK II SALES, INC. | 0790498 | 366.33 |
| 10698 | RUBIGO COSMETICS, INC. | 0790503 | 138.16 |
| 10716 | INTERCOSMETICS, INC | 0790536 | 232.05 |
| 10722 | NAILTIQUES | 0790556 | 528.38 |
| 10727 | RETAIL SYSTEM SOLUTIONS CO. LLC | 0790566 | 325.55 |
| 10728 | FING'RS | 0790568 | 805.58 |
| 10732 | COS FINANCIAL INC. | 0790576 | 994.93 |
| 10744 | LEAVEN LTD., INC T/A INLINGUAL SCHOOL OF LANG. | 0790600 | 11.50 |
| 10750 | NATIONAL MALL MONITORS INC. | 0790615 | 6.80 |
| 10751 | AMON RE' LABORATORIES LLC | 0790616 | 759.27 |
| 10755 | PGE | 0790620 | 9.99 |
| 10757 | REVLON PROFESSIONAL | 0790628 | 80.82 |
| 10758 | SANOFI BEAUTE INC. | 0790629 | 12,781.08 |
| 10760 | I & H REALTY CO. | 0790635 | 1,536.37 |
| 10765 | BLUE RIDGE MECHANICAL CONTRACTORS | 0790650 | 8.77 |
| 10769 | DERMABLEND | 0790660 | 5,333.47 |
| 10771 | CABOT LABORATORIES, INC | 0790663 | 582.53 |
| 10773 | RAINES, INC. | 0790666 | 128.44 |
| 10776 | ADVANCE ELECTRIC, CO. | 0790673 | 18.28 |
| 10777 | CONNECTICUT WASTE PROCESSING INCORPORATED | 0790680 | 5.25 |
| 10782 | INTERNATIONAL BEAUTY DESIGN, INC | 0790695 | 146.71 |
| 10783 | CHARLOTTESVILLE, CITY OF | 0790706 | 11.34 |
| 10784 | SIMSERV, INC. | 0790707 | 14.77 |
| 10785 | EARRING ESSENTIALS, INC. | 0790718 | 90.49 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 10787 | CARTER-WALLACE, INC. | 1100002 | 65.39 |
| 10791 | BRADLEY PHARMACEUTICALS, INC. | 1100007 | 643.40 |
| 10795 | JOHSON & JOHNSON - SALES & LOGISTIC CO | 1100014 | 18,541.79 |
| 10799 | EYDE, LOUIS J. LTD FAMILY PARTNERSHIP | 1100021 | 987.22 |
| 10805 | FINOVA CAPITAL CORPORATION | 1100038 | 10,895.57 |
| 10809 | QUEBCOR PRINTING (USA) CORP. | 1100045 | 5,503.81 |
| 10814 | JACKSON COUNTY TREASURER | 1100053 | 79.81 |
| 10816 | A&B PARKING | 1100058 | 31.00 |
| 10818 | DUKE ENERGY CORPORATION LEGAL DEPARTMENT | 1100062 | 155.53 |
| 10821 | PFIZER, INC. | 1100065 | 6,876.72 |
| 10822 | BELAE BRANDS INC | 1100069 | 3,595.72 |
| 10825 | BAUSCH & LOMB | 1100072 | 346.77 |
| 10829 | ASPEN HILL VENTURE | 1100077 | 333.57 |
| 10838 | PEOPLE GAS LIGHT & COKE CO. | 1100092 | 25.11 |
| 10842 | MEGAS BEAUTY CARE, INC. | 1100098 | 77.73 |
| 10843 | NCR CORPORATION Attn: Nancy Bova | 1100099 | 290.79 |
| 10853 | ALLEGRAN, INC. | 1100110 | 100.99 |
| 10854 | REMINGTON PRODUCTS CO. L.L.C. | 1100111 | 1,847.37 |
| 10856 | L&N SALES AND MARKETING, INC. | 1100114 | 1,260.59 |
| 10860 | ACQUIPORT MIDATLANTIC REALTY, INC. | 1100119 | 172.77 |
| 10863 | GROVE CITY FACTORY SHOPS PARTNERSHIP | 1100122U | 2,031.54 |
| 10864 | MAGNOLIA BLUFF FACTORY SHOPS LTD PTSHP | 1100123U | 1,125.81 |
| 10868 | PACIFIC BELL | 1100135 | 45.48 |
| 10869 | FRENCH FRAGRANCES | 1100138 | 6,501.30 |
| 10872 | RPS, INC. | 1100145 | 7.67 |
| 10874 | GREAT MALL OF THE BAY AREA ASSOCIATION | 1100148 | 1,418.08 |
| 10877 | SOUTHWESTERN BELL TELEPHONE COMPANY | 1100159 | 141.47 |
| 10887 | SILVER SANDS JOINT VENTURE PARTNERS | 1100186 | 50.26 |
| 10888 | DPI-C&G DIST, INC. | 1100187 | 1,293.67 |
| 10891 | STAPLES, INC. STAPLES BUSINESS ADVANTAGE | 1100190 | 1,790.71 |
| 10892 | ONTARIO MILLS LIMITED PARTNERSHIP | 1100191 | 3,656.19 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 10896 | ONTARIO MILLS LIMITED PARTNERSHIP | 1100208 | 4,051.76 |
| 10897 | PLD INTERNATIONAL CORPORATION | 1100211 | 10,239.37 |
| 10905 | HAMILTON PARTNERS | 1100248 | 2,159.07 |
| 10914 | GILLETTE COMPANY, THE | 1100289 | 3,237.58 |
| 10915 | URBAN RETAIL PROP., HAWTHORNE HILLS | 1100308 | 3,303.34 |
| 10917 | BELSON PRODUCTS BURTON A HONIG V.P. FINANCE | 1100320 | 1,090.96 |
| 10931 | EOP-ONE DEVON SQUARE, LP | 1100353 | 5,122.01 |
| 10932 | BELLSOUTH TELECOMMUNICATIONS, INC. | 1100355 | 298.98 |
| 10934 | FHM DEVELOPMENT LLC | 1100366 | 780.72 |
| 10939 | AMERICAN CREDIT IDEMNITY AGENT OF GOELITZ | 1100385 | 684.71 |
| 10941 | PALISADE TRADING CO, INC. | 1100406 | 5,630.82 |
| 10943 | KPT REMIC LOAN LLC | 1100415U | 9,306.17 |
| 10944 | COMP USA | 1100416 | 57.29 |
| 10953 | LUCENT TECHNOLOGIES | 1100567 | 100.31 |
| 10955 | REEVES, ANNA E. | 1100613 | 11.63 |
| 10956 | PENNSYLVANIA POWER COMPANY c/o KATHY J. HECKATHORNE | 1100644 | 19.28 |
| 10957 | REGEN CAPITAL 1, INC. | 1100669 | 534.71 |
| 10960 | CROSLAND GROUP, INC. | 1100735 | 868.94 |
| 20971 | KIM & RANDY HARRAR (2nd attempt) | 0700631 | 2,325.05 |
| 20973 | KIM & RANDY HARRAR (3rd attempt) | 0700631 | 2,325.05 |
| | | $ | 414,912.04 |

5.      On or about, December 2, 2013, the Trustee turned over funds to the Court per an Order entered at D.I. 1012, pursuant to a small claims motion. However, the Trustee has since discovered that the following creditors did receive their distribution, and the amounts were incorrectly turned over based on the small claims motion:

| Claim Name | Claim No. | Claim Amount |
|---|---|---:|
| Northern Virginia Electric Cooperative | 0700337 | $2.95 |
| Gates Hudson & Assoc. | 1100738U | 1.87 |
| State of Delaware | 0790670U | 4.23 |
| **Total:** | | **$9.05** |

6.   Such balances represent unclaimed funds for which the Trustee requests permission to pay into the Court pursuant to this motion. Therefore, in order to rectify the error, and to account for the full amount of the unclaimed funds, the Trustee would request that the Court reallocate $9.05 from the small claims fund to the unclaimed registry in this case.

WHEREFORE, JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($414,902.99), be paid to the Clerk for deposit to the Unclaimed Registry.

Dated: February 4, 2014                    /s/ *JEOFFREY L. BURTCH, TRUSTEE*
                                          JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee
                                          1000 WEST STREET, 10TH FLOOR, P.O. BOX 549
                                          WILMINGTON, DE 19801
                                          (302) 984-3800