IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE:

THE COSMETIC CENTER, INC.

Debtor(s)

CHAPTER 7

RE: Docket No. 1013

CASE NO. **99-00888-PJW**

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $414,902.99 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

**IT IS FURTHER ORDERED** that the Bankruptcy Court re-allocate $9.05 paid into the Court for small claims funds on 12/02/2013 be transferred to the Unclaimed Registry.

_____
UNITED STATES BANKRUPTCY JUDGE

Ordered this 5 day of Feb, 2014.