## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 99-00888-PJW |
| The Cosmetic Center, Inc | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

### APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Bobby J. Scott, claimant, claimant, hereby petitions the Court for $2,583.53, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Bobby J. Scott, creditor. A dividend check in the amount totaling $2,583.53 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to a Bobby J. Scott and was not received. Bobby J. Scott's connection with the debtor, The Cosmetic Center, Inc., is shown by the enclosed W-2, marked as "Proof of Address".

The creditor's current mailing address, phone and social security/tax identification number are:

> Bobby J. Scott
> 3 Treewood Ct. |
> Mansfield, TX 76063-5439
> Last four digits of SSN/TIN: xxx-xx-5592

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $2,583.53 made payable to Bobby J. Scott c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: February 18, 2014          Respectfully Submitted: _____

> Brian J. Dilks, Managing Member
> Dilks & Knopik, LLC, Attorney in Fact for
> Bobby J. Scott
> 35308 SE Center St
> Snoqualmie, WA 98065
> (425) 836-5728

On 2/18/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

[Seal]

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 99-00888-PJW |
| The Cosmetic Center, Inc | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on February 18, 2014, I served the within Application for the Recovery of Unclaimed Funds to the US Attorney and US Trustee listed below.

I further declare that I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
1201 Market Street, Ste 1100
PO Box 2046
Wilmington, DE 19899-2046

US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 18, 2014        Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Bobby J. Scott
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

On 2/18/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[Seal]

Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: The Cosmetic Center, Inc    )
    )    Case: 99-00888-PJW
    )
    )    **AUTHORITY TO ACT**
    )    Limited Power of Attorney
Debtor(s)    )    **LIMITED TO ONE TRANSACTION**

**USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE**

1. **Bobby J. Scott** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,583.53** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _Bobby J. Scott_    _2-10-14_, 20_14_
Bobby J. Scott    Date

Tax ID: XXX-XX-_2255_

**ACKNOWLEDGMENT**

STATE OF _Texas_ )    COUNTY OF _Tarrant_ )

On this _10_ day of _February_, _2014_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Bobby J. Scott known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Maria Van Buskirk_
Residing at _1813 Cannon Dr. Mansfield, TX 76063_
My Commission expires _8/13/15_


Maria Van Buskirk
Notary Public,
State of Texas
08-13-15



| Control number | | OMB No. 1545-0008 | (See Notice to Employee on back of Copy B.) This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. | |
|---|---|---|---|---|
| Employer identification number **2-1266697** | | | 1 Wages, tips, other compensation **10815.12** | 2 Federal income tax withheld **1325.16** |
| Employer's name, address, and ZIP code **THE COSMETIC CENTER, INC. 8700 ROBERT FULTON DRIVE COLUMBIA MD 21046** | | | 3 Social security wages **10815.12** | 4 Social security tax withheld **670.54** |
| | | | 5 Medicare wages and tips **10815.12** | 6 Medicare tax withheld **156.82** |
| | | | 7 Social security tips | 8 Allocated tips |
| Employee's social security number | | | 9 Advance EIC payment | 10 Dependent care benefits |
| Employee's name, address, and ZIP code **BOBBY A. SCOTT ### B. MANOR DRIVE KINGSPORT TN 37660** | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | 13 See instrs. for box 13 | 14 Other **344.00** |
| | | | 15 Statutory employee / Deceased / Pension plan / Legal rep. / Deferred compensation | |
| State **TN** | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

**W-2** Wage and Tax Statement **1998**     Department of the Treasury—Internal Revenue Service

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 99-00888-PJW |
| The Cosmetic Center, Inc | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Bobby J. Scott, in the amount of $2,583.53 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Bobby J. Scott C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,583.53, to:

Bobby J. Scott
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.


Dated: _____                          _____
                                              United States Bankruptcy Judge