UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:   THE COSMETIC CENTER, INC.    )    Case No. 99-00888
                                      )
            Debtor(s)                 )
                                      )

## MOTION FOR RELEASE OF FUNDS IN
## THE UNCLAIMED FUNDS REGISTRY

TO THE HONORABLE JUDGE OF THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Comes now Caremark PCS LLC successor to Advance Paradigm Inc. hereinafter called Claimant by and through its attorney-in-fact respectfully moves the Court to enter an order for release of funds due Claimant in the above captioned case and would show:

1. The trustee appointed by the Court in this case did deposit in the Registry of the Court funds owed to the Claimant in the sum of $37,518.49 and specifically named Claimant the rightful Creditor due this amount. The Claimant did not receive the funds in the above case for the following reasons:

The original payment was mailed to Attn: Marvin R. Mohney, Esq, 4050 Bank One Ctr.1717 Main St. Lk box 39, Dallas, TX 75201-4639. That address is no longer valid. The change of address prevented delivery of the original payment. Documentation evidencing the names changes to CaremarkPCS LLC is attached.

2. The Claimant's current address, phone number and social security/tax identification number are:

   Caremark PCS LLC successor to Advance Paradigm Inc.
   Attn: Kevin Plunkett
   2211 Sanders Road
   Northbrook, IL  60062
   Telephone: 847-559-4104
   Tax ID (last four digits): 75-2493381

3. Claimant has authorized the undersigned to act as attorney-in-fact to recover these funds as evidenced by the attached limited power of attorney. Claimant now seeks to recover the funds from the Court's registry.

WHEREFORE, Claimant asks the Court to enter an order to the Clerk of the Court to release said funds to Claimant c/o American Property Locators, Inc., Attn: Mr. Ron B. Leppke, 3855 South Boulevard, Suite 200, Edmond, OK  73013.

Respectfully Submitted,

*Ron B. Leppke* (signature)

Ron B. Leppke
American Property Locators, Inc.
Attorney-In-Fact for
Caremark PCS LLC successor to Advance Paradigm Inc.
3855 South Boulevard, Suite 200
Edmond, OK  73013
(405) 340-4900

RBL
Enclosures