**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:  THE COSMETIC CENTER, INC.      )        Case No.  99-00888
                                      )
                Debtor(s)     )
                                      )

## NOTICE OF MOTION FOR
## PAYMENT OF UNCLAIMED FUNDS

Notice is hereby given to the U.S. Bankruptcy Court that on <u>March 3, 2014,</u>
<sub>date</sub>
the following parties were notified, via US Postal Service,  of the intent to apply for the release
of Unclaimed Registry Funds in the amount of <u>$37,518.49</u> for the above mentioned case.


      U.S. Attorney's Office
      Box 2046
      Wilmington, DE  19899-2046

      U.S. Trustee
      844 King Street, Suite 2207
      Wilmington, DE  19801


                Respectfully Submitted,

                *Ron B. Leppke*

                Ron B. Leppke
                American Property Locators, Inc.
                Attorney-In-Fact for
                Caremark PCS LLC successor to Advance
                Paradigm Inc.

## LIMITED POWER OF ATTORNEY

Caremark PCS LLC successor to Advance Paradigm Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Ron B. Leppke of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

## <u>Only</u> to recover cash or cash equivalents <u>specifically arising from the</u> <u>THE COSMETIC CENTER, INC. bankruptcy matter</u> that belong to the Principal

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds.  Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 28th day of ___February___, 2014.

**PRINCIPAL:**
Caremark PCS LLC successor to Advance
Paradigm Inc.
(Tax ID # 75-2493381 )

By: _Natalie Pons_

Title: _Senior Vice President_

**PRINCIPAL'S ADDRESS:**
2211 Sanders Road
Northbrook, IL 60062

ACKNOWLEDGMENT

STATE OF Arizona    )

COUNTY OF Maricopa    )

Before me, the undersigned a Notary Public, in and for said County and State on this 28th day of ___February___, 2014, personally appeared _Natalie Pons_ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its _Sr VP_ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_July 21, 2017_

Notary _Susan M Melnik_

SUSAN M. MELNIK
Notary Public - Arizona
Maricopa County
My Comm. Expires Jul 21, 2017



**Natalie A. Pons**
**Senior Vice President & Assistant**
**General Counsel**

9501 East Shea Blvd
Scottsdale, Arizona 85260
**T:** 480.314.8361
**F:** 480.391.4704 I **C:** 602.614.4650
**E:** natalie.pons@caremark.com

# Delaware

PAGE  1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "CAREMARKPCS" TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "CAREMARKPCS" TO "CAREMARKPCS, L.L.C.", FILED IN THIS OFFICE ON THE THIRTIETH DAY OF APRIL, A.D. 2007, AT 1:29 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE THIRTIETH DAY OF APRIL, A.D. 2007, AT 11:58 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



2345296  8100V

070494350

Harriet Smith Windsor, Secretary of State

AUTHENTICATION:  5635022

DATE:  04-30-07

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 01:28 PM 04/30/2007*
*FILED 01:29 PM 04/30/2007*
*SRV 070494350 - 2345296 FILE*

## CERTIFICATE OF CONVERSION

### CONVERTING

### CAREMARKPCS
(A Delaware Corporation)

### TO

### CAREMARKPCS, L.L.C.
(A Delaware Limited Liability Company)

This Certificate of Conversion (the **"Certificate"**) is being filed for the purpose of converting CaremarkPCS, a Delaware corporation (the **"Converting Corporation"**), to a Delaware limited liability company to be named "CaremarkPCS, L.L.C." (the **"Company"**), effective as of 11:58 pm New York City Time, April 30, 2007, pursuant to the provisions of Section 266 of the General Corporation Law of the State of Delaware (the **"DGCL"**) and Section 18-214 of the Delaware Limited Liability Company Act (the **"Act"**).

The undersigned hereby certifies as follows:

FIRST:    The name of the Converting Corporation immediately prior to the filing of this Certificate was "CaremarkPCS".

SECOND:    The Certificate of Incorporation of the Converting Corporation was originally filed with the Secretary of State of the State of Delaware on July 27, 1993.

THIRD:    The name of the Delaware limited liability company to which the Converting Corporation is being converted and the name as set forth in its Certificate of Formation filed in accordance with Section 18-214(b)(2) of the Act is "CaremarkPCS, L.L.C.".

FOURTH:    The conversion of the Converting Corporation to the Company has been approved in accordance with the provisions of Section 266 of the DGCL and Section 18-214 of the Act.

FIFTH:    The conversion shall be effective as of 11:58 pm New York City Time, April 30, 2007.

IN WITNESS WHEREOF, the undersigned has duly executed this Certificate of Conversion as of ____ April 3⁰ ____, 2007.

CAREMARKPCS

By: _____

Name:  Sara J. Finley
Title:   Vice President and
          Secretary



*PAGE 1*

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "ADVANCEPCS", CHANGING ITS NAME FROM "ADVANCEPCS" TO "CAREMARKPCS", FILED IN THIS OFFICE ON THE TWENTY-FOURTH DAY OF MARCH, A.D. 2004, AT 11:03 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



2345296    8100

040215774

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

*AUTHENTICATION:  3010433*

*DATE:  03-24-04*

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT
## OF CERTIFICATE OF INCORPORATION

AdvancePCS

a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware.

**DOES HEREBY CERTIFY:**

**FIRST:** That at a meeting of the Board of Directors of ___AdvancePCS___

resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof. The resolution setting forth the proposed amendment is as follows:

**RESOLVED,** that the Certificate of Incorporation of this corporation be amended by changing the Article thereof numbered "_Article I_" so that, as amended, said Article shall be and read as follows:

The name of the corporation is CaremarkPCS.

**SECOND:** That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

**THIRD:** That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

**FOURTH:** That the capital of said corporation shall not be reduced under or by reason of said amendment.

**IN WITNESS WHEREOF,** said ___corporation___ has caused this certificate to be signed by ___Sara J. Finley___, an Authorized Officer, this _24th_ day of _March_, _2004_

By: _[signature]_

Authorized Officer

Title: Vice President & Secretary

Name: Sara J. Finley

Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:09 AM 03/24/2004
FILED 11:03 AM 03/24/2004
SRV 040215774 - 2345296 FILE

*State of Delaware*  **PAGE 1**

*Office of the Secretary of State*

---

I, EDWARD J. FREEL, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE RESTATED CERTIFICATE OF "ADVANCE PARADIGM, INC.", CHANGING ITS NAME FROM "ADVANCE PARADIGM, INC." TO "ADVANCEPCS", FILED IN THIS OFFICE ON THE EIGHTH DAY OF DECEMBER, A.D. 2000, AT 11:30 O'CLOCK A.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.

_Edward J. Freel, Secretary of State_

2345296   8100

001614806

**AUTHENTICATION: 0843322**

**DATE: 12-08-00**

## CERTIFICATE OF ADVANCE PARADIGM, INC.

Advance Paradigm, Inc., a Delaware corporation ("**Company**"), requesting waiver of a corporate indicator for its name, hereby certifies that:

A.   Pursuant to §102(a) of the General Corporation Laws of the State of Delaware, the total assets of Company as defined in subsection (i) of § 503 of such laws are not less than $10,000,000; and

B.   This certificate is executed by the undersigned duly elected and qualified officer of Company in accordance with §103(a) of the General Corporation Laws of the State of Delaware.

IN WITNESS WHEREOF, Company has caused this certificate to be executed by the undersigned to be effective as of the 7th day of December, 2000.

ADVANCE PARADIGM, INC.

By: _____
Name: David D. Halbert
Title:  Chairman and Chief Executive Officer

010572.0037 DALLAS 403387 v2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

IN RE:

**THE COSMETIC CENTER, INC.**

Debtor(s)

CHAPTER 7

CASE NO. **99-00888-PJW**

## APPLICATION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee (the "Trustee"), respectfully represents as follows:

1.    The Debtor's Chapter 11 case was filed on April 16, 1999.

2.    The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on September 14, 1999.

3.    The Trustee was appointed Chapter 7 Bankruptcy Trustee on September 17, 1999.

4.    The following creditors' disbursements were made and returned as undeliverable. The Trustee has exhausted every method of locating said creditorS and has been unsuccessful in locating successors to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10236 | FHM DEVELOPMENT LLC | DN483 | 575.00 |
| 10238 | ADVANCE PARADIGM INC. | DN580 | 37,518.49 |
| 10242 | FREE STATE MALL, LLC | 0700229B | 133.37 |
| 10249 | TAMAR, RUDY | DN413 | 25.00 |
| 10273 | CURL, CRISTIN | 0700133 | 1,058.00 |
| 10278 | ACQUIPORT MIDATLANTIC REALTY, INC. | 0700156 | 646.01 |
| 10280 | AM PRODUCTS CO. INC. | 0700172A | 2,304.00 |
| 10281 | COLLINS, KRISTY GWEN | 0700173A | 4,300.00 |
| 10286 | EXPOSITION MILLS OF TEXAS, INC. | 0700212 | 565.69 |
| 10288 | FREE STATE MALL, LLC | 0700229A | 466.76 |
| 10312 | DONALDSON, MANDIE | 0700379 | 863.57 |
| 10320 | JACKSON COUNTY TREASURER | 0700427 | 2,606.40 |
| 10325 | KPT REMIC LOAN LLC | 0700618A | 6,433.90 |
| 10326 | KPT REMIC LOAN LLC | 0700619A | 116.57 |
| 10327 | KPT REMIC LOAN LLC | 0700620A | 20,414.27 |
| 10328 | SCHOLL, ELIZABETH S. | 0700627A | 4,300.00 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10329 | FIRST UNION NATIONAL BANK | 0700777 | 6,235.00 |
| 10333 | MAGNOLIA BLUFF FACTORY SHOPS LTD PTSHP | 1100123A | 2,771.66 |
| 10339 | URBAN RETAIL PROP., HAWTHORN HILLS | 1100344 | 745.90 |
| 10341 | KPT REMIC LOAN LLC | 1100415A | 14,107.22 |
| 10352 | RIVIERA TRADING, INC. | 0700848P | 2,457.60 |
| 10356 | GROVE CITY FACTORY SHOPS PARTNERSHIP | 1100122P | 3,235.88 |
| 10368 | BALSER, JOYCE K. | 0700121 | 796.00 |
| 10369 | MILLER, CAROLE L. | 0700140 | 1,692.90 |
| 10370 | BROWN, NATALIE I. | 0700142 | 1,343.44 |
| 10372 | ABELL, BARBARA L. | 0700182 | 3,564.15 |
| 10373 | BROWN, MONICA | 0700183 | 1,100.00 |
| 10374 | BOLE, JEANNE S. | 0700403 | 515.00 |
| 10378 | MORA, ESTHER | 0700449 | 1,564.25 |
| 10380 | BOLE, JEANNE S. | 0700478 | 95.00 |
| 10384 | TSATOUMAS, EUGENIA | 0700526P | 4,300.00 |
| 10385 | OMER, RAZIA | 0700532 | 602.78 |
| 10386 | SCOTT, BOBBY J. | 0700535 | 2,583.53 |
| 10387 | LILY HOUSMAND | 0700536 | 271.61 |
| 10396 | HAND, LESLIE | 0700689 | 417.79 |
| 10398 | SNELL, FELICIA | 0700705 | 2,083.80 |
| 10400 | EVERETT, NORMAN | 0700721P | 4,300.00 |
| 10403 | BRIMMER, DEBBIE | 0700758 | 2,320.00 |
| 10405 | BULLARD, SANDRA A. | 0700761 | 3,317.55 |
| 10406 | DE ALTUNA, MILAGROS MUJICA | 0700770 | 216.48 |
| 10408 | GRANGER, BEVERLY | 0700791 | 1,919.26 |
| 10414 | CHRISTINA CHAPMAN | 0700842 | 2,643.30 |
| 10416 | WIGGONTON, LISA R. | 0700847 | 633.75 |
| 10418 | TORBERT, LAURA E | 0700859 | 3,018.10 |
| 10419 | CLAGGETT, ELIZABETH K. | 0700861 | 194.06 |
| 10420 | HUNTRESS, KRISTY | 0700864 | 2,369.22 |
| 10424 | WAGNER, CAROL L. | 0700868 | 1,500.00 |
| 10426 | BRASSEL, JULIA ANN | 0700876 | 641.32 |
| 10462 | KOCHENDORFER, BRAD D/B/A/ KOCHENDORFER ELECTRIC | 0700055 | 74.08 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10464 | LANE, VERONICA | 0700150 | 21.31 |
| 10465 | Mary L. Larsen | 0700166 | 25.65 |
| 10466 | AM PRODUCTS CO. INC. | 0700172U | 70.01 |
| 10467 | COLLINS, KRISTY GWEN | 0700173U | 6.46 |
| 10472 | FREE STATE MALL, LLC | 0700229U | 3,101.44 |
| 10477 | CONCORDE FRAGRANCE ASSOCIATES, INC. | 0700329 | 550.71 |
| 10478 | T.H.E. ARTIST AGENCY | 0700334 | 191.82 |
| 10482 | KANON FRAGRANCE GROUP USA, INC. | 0700345 | 15.06 |
| 10484 | AMERICAN PROTECTIVE SERVICES | 0700348 | 112.31 |
| 10492 | KH ENTERPRISES | 0700367 | 68.36 |
| 10503 | CLAIROL INC 1331314 | 0700450 | 34.67 |
| 10504 | BRISTOL-MYERS COMPANY | 0700451 | 308.07 |
| 10507 | CANDLE CO. | 0700463 | 27.20 |
| 10510 | GOELITZ CONFECTIONERY | 0700479 | 684.71 |
| 10511 | MARILYN MIGLIN LLC | 0700485 | 964.56 |
| 10515 | STANDARD DISTRIBUTING, INC. | 0700503 | 115.24 |
| 10517 | J.B. WILLIAMS CO., INC. | 0700505 | 3,540.84 |
| 10525 | KPT REMIC LOAN LLC | 0700523 | 4,034.57 |
| 10527 | TSATOUMAS, EUGENIA | 0700526U | 55.66 |
| 10529 | SPECTRA-GUARD | 0700534 | 298.60 |
| 10531 | RWD SERVICE, INC. | 0700546 | 7.01 |
| 10534 | WORLDWIDE COSMETICS | 0700559 | 1,092.62 |
| 10536 | FIRST UNION NATIONAL BANK | 0700564 | 155.70 |
| 10537 | ADVANCED DISTRIBUTION SYS., INC. | 0700565 | 1,530.17 |
| 10538 | KIMMEL TRUCK TIRES | 0700566 | 30.31 |
| 10542 | NEW DANA PERFUMES CORPORATION CUSTOMER | 0700571 | 548.67 |
| 10544 | ADVANCED ENTERPRISES INC WONDER PRODUCTS | 0700580 | 189.72 |
| 10546 | MAILBOXES, ETC | 0700584 | 8.95 |
| 10555 | DATACOM WAREHOUSE | 0700599 | 10.14 |
| 10556 | FERRAGANO PARFUMS LLC | 0700601 | 230.87 |
| 10557 | CARME'COSMECEUTICAL SCIENCES INC. | 0700602 | 331.57 |
| 10559 | W.A.B.B.I.T., INC. | 0700604 | 106.72 |
| 10567 | KPT REMIC LOAN LLC | 0700618U | 6,047.42 |
| 10568 | KPT REMIC LOAN LLC | 0700619U | 12.01 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10569 | KPT REMIC LOAN LLC | 0700620U | 13,132.20 |
| 10570 | L&N SALES AND MARKETING, INC. | 0700623 | 61.99 |
| 10571 | SCHOLL, ELIZABETH S. | 0700627U | 45.09 |
| 10572 | MARTIN E. ASKIN CO., THE | 0700629 | 107.92 |
| 10573 | KIM & RANDY HARRAR (1st attempt) | 0700631 | 2,325.05 |
| 10576 | MNCIC | 0700656 | 1,085.02 |
| 10583 | FHM DEVELOPMENT LLC | 0700684 | 3,553.57 |
| 10588 | COLOR ME BEAUTIFUL | 0700695 | 3,721.25 |
| 10589 | RGA LEATHERWORKS | 0700696 | 66.54 |
| 10590 | BURNHAM PACIFIC OPERATING PTNSHP | 0700697 | 231.33 |
| 10592 | DAVIDSON BEAUTY SUPPLY EQUIPMENT | 0700701 | 12,029.39 |
| 10593 | EOP-ONE DEVON SQUARE, LP | 0700708 | 5,332.81 |
| 10594 | PROGRESSIVE BEAUTY SYSTEM INC. | 0700709 | 2,169.46 |
| 10597 | PROCTER & GAMBLE DIST. CO | 0700715 | 10,383.92 |
| 10598 | DIAL CORP., THE | 0700716 | 8,074.04 |
| 10600 | CBI LABORATORIES | 0700719 | 679.48 |
| 10601 | SASSABY COSMETICS | 0700720 | 2,108.26 |
| 10602 | EVERETT, NORMAN | 0700721U | 764.86 |
| 10603 | DERMATOLOGICAL SCIENCES CORP. | 0700724 | 148.99 |
| 10607 | NEXXUS OF THE CAROLINAS STROMAN BEAUTY SUPPLY, INC. | 0700735 | 53.21 |
| 10608 | ROCKVALE SQUARE ASSOCIATES | 0700740 | 135.45 |
| 10611 | WOODSTOCK NATURAL PRODUCTS, INC. | 0700744 | 14.65 |
| 10613 | IBM CORPORATION | 0700748 | 455.44 |
| 10614 | IBM CREDIT CORP. | 0700749 | 1,151.05 |
| 10617 | WOMBLES, ANGELICA | 0700756 | 132.39 |
| 10618 | LAMAUR DIVISION OF ELECTRONIC | 0700767 | 43.78 |
| 10620 | EISNER & ASSOCIATES, INC. | 0700771 | 6,080.82 |
| 10628 | M&R CARPET CLEANING | 0700788 | 369.10 |
| 10629 | THORSEN, TED | 0700789 | 23.45 |
| 10634 | R.R. NEW BRAUNFELS | 0700798 | 2,275.73 |
| 10638 | CW WALDORF RETAIL, LP | 0700804 | 3,585.75 |
| 10640 | AURORA COLOR | 0700809 | 162.24 |
| 10645 | EVCOR SYSTEMS MIDATLANTIC | 0700820 | 481.61 |
| 10650 | ACQUIPORT MIDATLANTIC REALTY, INC. | 0700835 | 4,009.17 |

| Check # | Creditor | POC # | Check Amount |
|---------|----------|-------|-------------:|
| 10658 | TELESEC/ CORESTAFF SERVICES | 0700853 | 36.36 |
| 10659 | GUERLAIN, INC. | 0700854 | 277.98 |
| 10660 | EARTH SCIENCE | 0700855 | 200.60 |
| 10662 | EUROPEAN DESIGNER FRAGRANCES | 0700858 | 1,364.91 |
| 10668 | KNEIPP CORPORATION OF AMERICA | 0700881 | 3,746.12 |
| 10677 | JOSEPH BIGIO INTERIOR DESIGN INC. | 0790452 | 73.98 |
| 10678 | JOSEPH BIGIO INTERIOR DESIGN INC. | 0790453 | 61.24 |
| 10680 | ACQUIPORT MIDATLANTIC REALTY, INC. | 0790458 | 525.82 |
| 10681 | UNIVERSAL CLEANING SERVICES, INC. | 0790462 | 377.61 |
| 10694 | PRESS EXPRESS | 0790495 | 457.28 |
| 10696 | PRIMAK II SALES, INC. | 0790498 | 366.33 |
| 10698 | RUBIGO COSMETICS, INC. | 0790503 | 138.16 |
| 10716 | INTERCOSMETICS, INC | 0790536 | 232.05 |
| 10722 | NAILTIQUES | 0790556 | 528.38 |
| 10727 | RETAIL SYSTEM SOLUTIONS CO. LLC | 0790566 | 325.55 |
| 10728 | FING'RS | 0790568 | 805.58 |
| 10732 | COS FINANCIAL INC. | 0790576 | 994.93 |
| 10744 | LEAVEN LTD., INC T/A INLINGUAL SCHOOL OF LANG. | 0790600 | 11.50 |
| 10750 | NATIONAL MALL MONITORS INC. | 0790615 | 6.80 |
| 10751 | AMON RE' LABORATORIES LLC | 0790616 | 759.27 |
| 10755 | PGE | 0790620 | 9.99 |
| 10757 | REVLON PROFESSIONAL | 0790628 | 80.82 |
| 10758 | SANOFI BEAUTE INC. | 0790629 | 12,781.08 |
| 10760 | I & H REALTY CO. | 0790635 | 1,536.37 |
| 10765 | BLUE RIDGE MECHANICAL CONTRACTORS | 0790650 | 8.77 |
| 10769 | DERMABLEND | 0790660 | 5,333.47 |
| 10771 | CABOT LABORATORIES, INC | 0790663 | 582.53 |
| 10773 | RAINES, INC. | 0790666 | 128.44 |
| 10776 | ADVANCE ELECTRIC, CO. | 0790673 | 18.28 |
| 10777 | CONNECTICUT WASTE PROCESSING INCORPORATED | 0790680 | 5.25 |
| 10782 | INTERNATIONAL BEAUTY DESIGN, INC | 0790695 | 146.71 |
| 10783 | CHARLOTTESVILLE, CITY OF | 0790706 | 11.34 |
| 10784 | SIMSERV, INC. | 0790707 | 14.77 |
| 10785 | EARRING ESSENTIALS, INC. | 0790718 | 90.49 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10787 | CARTER-WALLACE, INC. | 1100002 | 65.39 |
| 10791 | BRADLEY PHARMACEUTICALS, INC. | 1100007 | 643.40 |
| 10795 | JOHSON & JOHNSON - SALES & LOGISTIC CO | 1100014 | 18,541.79 |
| 10799 | EYDE, LOUIS J. LTD FAMILY PARTNERSHIP | 1100021 | 987.22 |
| 10805 | FINOVA CAPITAL CORPORATION | 1100038 | 10,895.57 |
| 10809 | QUEBCOR PRINTING (USA) CORP. | 1100045 | 5,503.81 |
| 10814 | JACKSON COUNTY TREASURER | 1100053 | 79.81 |
| 10816 | A&B PARKING | 1100058 | 31.00 |
| 10818 | DUKE ENERGY CORPORATION LEGAL DEPARTMENT | 1100062 | 155.53 |
| 10821 | PFIZER, INC. | 1100065 | 6,876.72 |
| 10822 | BELAE BRANDS INC | 1100069 | 3,595.72 |
| 10825 | BAUSCH & LOMB | 1100072 | 346.77 |
| 10829 | ASPEN HILL VENTURE | 1100077 | 333.57 |
| 10838 | PEOPLE GAS LIGHT & COKE CO. | 1100092 | 25.11 |
| 10842 | MEGAS BEAUTY CARE, INC. | 1100098 | 77.73 |
| 10843 | NCR CORPORATION Attn: Nancy Bova | 1100099 | 290.79 |
| 10853 | ALLEGRAN, INC. | 1100110 | 100.99 |
| 10854 | REMINGTON PRODUCTS CO. L.L.C. | 1100111 | 1,847.37 |
| 10856 | L&N SALES AND MARKETING, INC. | 1100114 | 1,260.59 |
| 10860 | ACQUIPORT MIDATLANTIC REALTY, INC. | 1100119 | 172.77 |
| 10863 | GROVE CITY FACTORY SHOPS PARTNERSHIP | 1100122U | 2,031.54 |
| 10864 | MAGNOLIA BLUFF FACTORY SHOPS LTD PTSHP | 1100123U | 1,125.81 |
| 10868 | PACIFIC BELL | 1100135 | 45.48 |
| 10869 | FRENCH FRAGRANCES | 1100138 | 6,501.30 |
| 10872 | RPS, INC. | 1100145 | 7.67 |
| 10874 | GREAT MALL OF THE BAY AREA ASSOCIATION | 1100148 | 1,418.08 |
| 10877 | SOUTHWESTERN BELL TELEPHONE COMPANY | 1100159 | 141.47 |
| 10887 | SILVER SANDS JOINT VENTURE PARTNERS | 1100186 | 50.26 |
| 10888 | DPI-C&G DIST, INC. | 1100187 | 1,293.67 |
| 10891 | STAPLES, INC. STAPLES BUSINESS ADVANTAGE | 1100190 | 1,790.71 |
| 10892 | ONTARIO MILLS LIMITED PARTNERSHIP | 1100191 | 3,656.19 |

| Check # | Creditor | POC # | | Check Amount |
|---|---|---|---|---|
| 10896 | ONTARIO MILLS LIMITED PARTNERSHIP | 1100208 | | 4,051.76 |
| 10897 | PLD INTERNATIONAL CORPORATION | 1100211 | | 10,239.37 |
| 10905 | HAMILTON PARTNERS | 1100248 | | 2,159.07 |
| 10914 | GILLETTE COMPANY, THE | 1100289 | | 3,237.58 |
| 10915 | URBAN RETAIL PROP., HAWTHORNE HILLS | 1100308 | | 3,303.34 |
| 10917 | BELSON PRODUCTS BURTON A HONIG V.P. FINANCE | 1100320 | | 1,090.96 |
| 10931 | EOP-ONE DEVON SQUARE, LP | 1100353 | | 5,122.01 |
| 10932 | BELLSOUTH TELECOMMUNICATIONS, INC. | 1100355 | | 298.98 |
| 10934 | FHM DEVELOPMENT LLC | 1100366 | | 780.72 |
| 10939 | AMERICAN CREDIT IDEMNITY AGENT OF GOELITZ | 1100385 | | 684.71 |
| 10941 | PALISADE TRADING CO, INC. | 1100406 | | 5,630.82 |
| 10943 | KPT REMIC LOAN LLC | 1100415U | | 9,306.17 |
| 10944 | COMP USA | 1100416 | | 57.29 |
| 10953 | LUCENT TECHNOLOGIES | 1100567 | | 100.31 |
| 10955 | REEVES, ANNA E. | 1100613 | | 11.63 |
| 10956 | PENNSYLVANIA POWER COMPANY c/o KATHY J. HECKATHORNE | 1100644 | | 19.28 |
| 10957 | REGEN CAPITAL 1, INC. | 1100669 | | 534.71 |
| 10960 | CROSLAND GROUP, INC. | 1100735 | | 868.94 |
| 20971 | KIM & RANDY HARRAR (2nd attempt) | 0700631 | 2,325.05 | |
| 20973 | KIM & RANDY HARRAR (3rd attempt) | 0700631 | 2,325.05 | |
| | | | $ | 414,912.04 |

5.     On or about, December 2, 2013, the Trustee turned over funds to the Court per an Order entered at D.I. 1012, pursuant to a small claims motion. However, the Trustee has since discovered that the following creditors did receive their distribution, and the amounts were incorrectly turned over based on the small claims motion:

| Claim Name | Claim No. | Claim Amount |
|---|---|---|
| Northern Virginia Electric Cooperative | 0700337 | $2.95 |
| Gates Hudson & Assoc. | 1100738U | 1.87 |
| State of Delaware | 0790670U | 4.23 |
| **Total:** | | **$9.05** |

6.     Such balances represent unclaimed funds for which the Trustee requests permission to pay into the Court pursuant to this motion.  Therefore, in order to rectify the error, and to account for the full amount of the unclaimed funds, the Trustee would request that the Court reallocate $9.05 from the small claims fund to the unclaimed registry in this case.

WHEREFORE, JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($414,902.99), be paid to the Clerk for deposit to the Unclaimed Registry.

Dated:  February 4, 2014                    /s/ JEOFFREY L. BURTCH, TRUSTEE
                                            JEOFFREY L. BURTCH, TRUSTEE, Chapter 7
                                            Trustee
                                            1000 WEST STREET, 10TH FLOOR, P.O. BOX
                                            549
                                            WILMINGTON, DE  19801
                                            (302) 984-3800

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: THE COSMETIC CENTER, INC. | § | Case No. 99-00888-PJW |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on April 16, 1999.   The case was converted to one under Chapter 7 on September 14, 1999. The undersigned trustee was appointed on September 17, 1999.

    2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as  **Exhibit A.**

    4. The trustee realized the gross receipts of         $_____6,178,208.15_

        Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 750,000.00 |
| Administrative expenses | 3,039,768.50 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 2,388,439.65 |

The remaining funds are available for distribution.

    5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (05/1/2011)

6. The deadline for filing non-governmental claims in this case was 01/03/2000 and the deadline for filing governmental claims was 05/03/2000. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $208,577.93. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $208,577.93, for a total compensation of $208,577.93.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of  $140.97 and now requests reimbursement for expenses of $7,423.58, for total expenses of $7,564.55[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/03/2011            By: /s/ JEOFFREY L. BURTCH, TRUSTEE
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (05/1/2011)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: January 3, 2000

Case Number: 99-00888-PJW
Debtor Name: THE COSMETIC CENTER, INC.

Page: 2

Date: August 3, 2011
Time: 11:05:04 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM15 200 | IRON MOUNTAIN P.O. BOX 27128 NEW YORK, NY 10087-7128 | Admin Ch. 7 | PER ORDER ENTERED 12/04/2008 @ DKT. NO. 955 | $3,018.38 | $3,018.38 | 0.00 |
| ADM16 200 | HOLLINS SCHECHTER 1851 EAST FIRST STREET, SIXTH FLOOR SANTA ANA, CA 92705 | Admin Ch. 7 | | $2,232.00 | $2,232.00 | 0.00 |
| BSIEXP 200 | BANKRUPTCY SERVICES LLC 70 EAST 55TH STREET 6TH FLOOR NEW YORK, NY 10022 | Admin Ch. 7 | | $7,944.86 | $7,944.86 | 0.00 |
| BSIFEE 200 | BANKRUPTCY SERVICES LLC 70 EAST 55TH STREET 6TH FLOOR NEW YORK, NY 10022 | Admin Ch. 7 | | $21,538.28 | $21,538.28 | 0.00 |
| DN483 200 | FHM DEVELOPMENT LLC Megan E. Miller, Esq. 2730 E. Broadway, Suite 100 Tucson, AZ 85716 | Admin Ch. 7 | Administrative Claim. Mendelsohn, Osarah & Elsner, P.C. | $575.00 | $0.00 | 575.00 |
| DN509 200 | MISSOURI, STATE OF Dept. of Revenue Gary L. Barnhart Gen. Counsel's Office | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| DN510 200 | COMMERCE CITADEL DEVELOP. AUTH. Ernie Zachary Park, Esq. 13215 E. Penn Street, Suite 510 Whittier, CA 90602-1797 | Admin Ch. 7 | Bewley, Lassleben & Miller, LLP | $17,564.55 | $0.00 | 17,564.55 |
| DN580 200 | ADVANCE PARADIGM INC. Marvin R. Mohney, Esq. 4050 Bank One Ctr.1717 Main St. Lkbox 39 Dallas, TX 75201-4639 | Admin Ch. 7 | | $37,518.49 | $0.00 | 37,518.49 |
| MAAEXP 200 | MORRIS ANDERSON & ASSOCIATES, LTD | Admin Ch. 7 | | $11,839.92 | $11,839.92 | 0.00 |
| MAAFEE 200 | MORRIS ANDERSON & ASSOCIATES, LTD. | Admin Ch. 7 | | $193,239.75 | $193,239.75 | 0.00 |
| RLFEXP 200 | RICHARDS, LAYTON & FINGER, P.A. | Admin Ch. 7 | | $37,991.49 | $37,991.49 | 0.00 |
| RLFFEE 200 | RICHARDS, LAYTON & FINGER, P.A. | Admin Ch. 7 | | $63,558.00 | $63,558.00 | 0.00 |
| RSIFEE 200 | RECOVERY SERVICES, INC. FOUR NESHAMINY INTERPLEX SUITE 103 TREVOSE, PA 19053 | Admin Ch. 7 | PACER TECHNOLOGY; ADV. PRO. NO. 00-00673; NO COURT APPROVAL NECESSARY | $1,170.50 | $0.00 | 1,170.50 |