## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 99-00888-PJW |
| The Cosmetic Center, Inc | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Elizabeth S. Scholl, claimant, claimant, hereby petitions the Court for $4,345.09, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Elizabeth S. Scholl, creditor. A dividend check in the amount totaling $4,345.09 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to an Elizabeth S. Scholl at 3100 S. MANCHESTER ST. #1041, FALLS CHURCH, VA 22044-2718. That address is no longer valid. The current address is listed below.

The creditor's current mailing address, phone and social security/tax identification number are:

> Elizabeth S. Scholl
> 619 Sw 52nd St.
> Cape Coral, FL 33914-6519
> Phone: (239) 549-3463
> Last four digits of SSN/TIN: 6475

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $4,345.09 made payable to Elizabeth S. Scholl c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: March 11, 2014        Respectfully Submitted: _____

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Elizabeth S. Scholl
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

On 3/11/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

[Seal]

Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
|  | § | CASE NO. 99-00888-PJW |
| The Cosmetic Center, Inc | § | |
|  | § | |
| DEBTOR. | § | |
|  | § | |

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on March 11, 2014, I served the within Application for the Recovery of Unclaimed Funds to the US Attorney and US Trustee listed below.

I further declare that I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
1201 Market Street, Ste 1100
PO Box 2046
Wilmington, DE 19899-2046

US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 11, 2014       Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Elizabeth S. Scholl
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

On 3/11/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

RE: The Cosmetic Center, Inc )
                                     Debtor(s)

Case: 99-00888-PJW

**AUTHORITY TO ACT**
Limited Power of Attorney
**LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Elizabeth S. Scholl** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$4,345.09** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _[signature]_        MARCH 3, 20 14
Elizabeth S. Scholl                Date

Tax ID: XXX-XX- 6475

### ACKNOWLEDGMENT

STATE OF FL )        COUNTY OF LEE )

On this 3 day of March, 2014, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Elizabeth S. Scholl known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Kathy Moffitt_

Residing at _Ft Myers FL_

My Commission expires _2-9-2018_

KATHY MOFFITT
Commission # FF 088674
Expires February 9, 2018
Bonded Thru Troy Fain Insurance 800-385-7019



472/ ▓▓▓▓▓XP523/4/4/00000008007697



**WELLS FARGO HOME MORTGAGE**

1 Home Campus
Des Moines, IA 50328-0001

PAYOFF TRANSMITTAL FORM
The attached coupon must accompany the payoff funds to ensure proper processing. If wiring funds, you may fax this form to (515) 237-7070.

472 Loan Number ▓▓▓▓▓
Richard T Scholl
Elizabeth S Scholl
3100 S Manchester St #1041
Falls Church VA 22044

WHERE TO SEND PAYOFF FUNDS
By Wire:
Wells Fargo Bank Iowa, N.A.
RTR: 073000228 Acct: ▓▓▓▓▓
To further credit: ▓▓▓▓▓
Mortgagor: Richard T Scholl
Sender's Name and Phone Number

By Overnight:
Wells Fargo Home Mortgage
Attn: Payoffs, MAC X2501-01D
1 Home Campus
Des Moines   IA   50328

FUNDS MUST BE RECEIVED BY 2 P.M. CENTRAL TIME FOR SAME-DAY PROCESSING
ALL FIGURES ARE SUBJECT TO FINAL VERIFICATION BY THE NOTEHOLDER

CHANGE OF ADDRESS/NEW MAILING ADDRESS
Please type or print below.  This ensures receipt of the escrow balance, year-end interest statement, and all other applicable documentation.

                    Please detach and include with payoff.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                              PAYOFF COUPON
Richard T Scholl
Elizabeth S Scholl
3100 S Manchester St #1041
Falls Church VA 22044
472 Loan Number: ▓▓▓▓▓

TOTAL PAYOFF AMOUNT  $ ▓▓▓▓▓
THIS FIGURE IS ACCURATE UNTIL 10-01-01

AMOUNT REMITTED  _____

New Mailing Address:

Street  _____

**Proof of Address Page 1 of 2**

4 weeks of pay $█████



**The Cosmetic Center**

EMPLOYEE DISCOUNT CARD

SCHOLL
 ELIZABETH

EMPLOYEE #  09580

STORE / DEPT.  068

VALID THRU: 11/22/99

ELIZABETH S SCHOLL    09580 | 068 |

| | HOURS | EARNINGS |
|---|---|---|
| REGULAR | | |
| OVERTIME | | |
| SICK | | |
| VACATION | | |
| COMMISSION | | |
| HOLIDAY | | |

Vacation owed

AVAILABLE VACATION: 14512

CHECK DATE: 11/05/99   CHECK NO. 10034196

| | CURRENT | YEAR TO DATE |
|---|---|---|
| TOTAL GROSS | | |
| FEDERAL | | |
| FICA | | |
| STATE | | |
| LOCAL | | |
| TOTAL TAX | | |

| | INSURANCE | |
|---|---|---|
| | 401-K | |
| | LIFE I | |
| | MEDICA | |
| | TOTAL DED. | |

NET PAY

The Cosmetic Center, Inc.

10034196
DATE 11/05/99
NOTIFICATION OF DEPOSIT
AMOUNT
SAV-000093290659

The Cosmetic Center, Inc.
Payroll Account
ELIZABETH S SCHOLL
FALLS CHURCH VA 22044

Proof of Address
Page 2 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>    THE COSMETIC CENTER, INC.<br><br>Debtor(s) | CHAPTER 7<br><br>CASE NO. **99-00888-PJW** |

## APPLICATION TO PAY COMBINED UNCLAIMED CHECK INTO THE COURT

JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee (the "Trustee"), respectfully represents as follows:

1. The Debtor's Chapter 11 case was filed on April 16, 1999.

2. The Chapter 11 Case was converted to a case under Chapter 7 of the Bankruptcy Code on September 14, 1999.

3. The Trustee was appointed Chapter 7 Bankruptcy Trustee on September 17, 1999.

4. The following creditors' disbursements were made and returned as undeliverable. The Trustee has exhausted every method of locating said creditorS and has been unsuccessful in locating successors to these allowed funds:

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10236 | FHM DEVELOPMENT LLC | DN483 | 575.00 |
| 10238 | ADVANCE PARADIGM INC. | DN580 | 37,518.49 |
| 10242 | FREE STATE MALL, LLC | 0700229B | 133.37 |
| 10249 | TAMAR, RUDY | DN413 | 25.00 |
| 10273 | CURL, CRISTIN | 0700133 | 1,058.00 |
| 10278 | ACQUIPORT MIDATLANTIC REALTY, INC. | 0700156 | 646.01 |
| 10280 | AM PRODUCTS CO. INC. | 0700172A | 2,304.00 |
| 10281 | COLLINS, KRISTY GWEN | 0700173A | 4,300.00 |
| 10286 | EXPOSITION MILLS OF TEXAS, INC. | 0700212 | 565.69 |
| 10288 | FREE STATE MALL, LLC | 0700229A | 466.76 |
| 10312 | DONALDSON, MANDIE | 0700379 | 863.57 |
| 10320 | JACKSON COUNTY TREASURER | 0700427 | 2,606.40 |
| 10325 | KPT REMIC LOAN LLC | 0700618A | 6,433.90 |
| 10326 | KPT REMIC LOAN LLC | 0700619A | 116.57 |
| 10327 | KPT REMIC LOAN LLC | 0700620A | 20,414.27 |
| 10328 | SCHOLL, ELIZABETH S. | 0700627A | 4,300.00 |



| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10329 | FIRST UNION NATIONAL BANK | 0700777 | 6,235.00 |
| 10333 | MAGNOLIA BLUFF FACTORY SHOPS LTD PTSHP | 1100123A | 2,771.66 |
| 10339 | URBAN RETAIL PROP., HAWTHORN HILLS | 1100344 | 745.90 |
| 10341 | KPT REMIC LOAN LLC | 1100415A | 14,107.22 |
| 10352 | RIVIERA TRADING, INC. | 0700848P | 2,457.60 |
| 10356 | GROVE CITY FACTORY SHOPS PARTNERSHIP | 1100122P | 3,235.88 |
| 10368 | BALSER, JOYCE K. | 0700121 | 796.00 |
| 10369 | MILLER, CAROLE L. | 0700140 | 1,692.90 |
| 10370 | BROWN, NATALIE I. | 0700142 | 1,343.44 |
| 10372 | ABELL, BARBARA L. | 0700182 | 3,564.15 |
| 10373 | BROWN, MONICA | 0700183 | 1,100.00 |
| 10374 | BOLE, JEANNE S. | 0700403 | 515.00 |
| 10378 | MORA, ESTHER | 0700449 | 1,564.25 |
| 10380 | BOLE, JEANNE S. | 0700478 | 95.00 |
| 10384 | TSATOUMAS, EUGENIA | 0700526P | 4,300.00 |
| 10385 | OMER, RAZIA | 0700532 | 602.78 |
| 10386 | SCOTT, BOBBY J. | 0700535 | 2,583.53 |
| 10387 | LILY HOUSMAND | 0700536 | 271.61 |
| 10396 | HAND, LESLIE | 0700689 | 417.79 |
| 10398 | SNELL, FELICIA | 0700705 | 2,083.80 |
| 10400 | EVERETT, NORMAN | 0700721P | 4,300.00 |
| 10403 | BRIMMER, DEBBIE | 0700758 | 2,320.00 |
| 10405 | BULLARD, SANDRA A. | 0700761 | 3,317.55 |
| 10406 | DE ALTUNA, MILAGROS MUJICA | 0700770 | 216.48 |
| 10408 | GRANGER, BEVERLY | 0700791 | 1,919.26 |
| 10414 | CHRISTINA CHAPMAN | 0700842 | 2,643.30 |
| 10416 | WIGGONTON, LISA R. | 0700847 | 633.75 |
| 10418 | TORBERT, LAURA E | 0700859 | 3,018.10 |
| 10419 | CLAGGETT, ELIZABETH K. | 0700861 | 194.06 |
| 10420 | HUNTRESS, KRISTY | 0700864 | 2,369.22 |
| 10424 | WAGNER, CAROL L. | 0700868 | 1,500.00 |
| 10426 | BRASSEL, JULIA ANN | 0700876 | 641.32 |
| 10462 | KOCHENDORFER, BRAD D/B/A/ KOCHENDORFER ELECTRIC | 0700055 | 74.08 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 10464 | LANE, VERONICA | 0700150 | 21.31 |
| 10465 | Mary L. Larsen | 0700166 | 25.65 |
| 10466 | AM PRODUCTS CO. INC. | 0700172U | 70.01 |
| 10467 | COLLINS, KRISTY GWEN | 0700173U | 6.46 |
| 10472 | FREE STATE MALL, LLC | 0700229U | 3,101.44 |
| 10477 | CONCORDE FRAGRANCE ASSOCIATES, INC. | 0700329 | 550.71 |
| 10478 | T.H.E. ARTIST AGENCY | 0700334 | 191.82 |
| 10482 | KANON FRAGRANCE GROUP USA, INC. | 0700345 | 15.06 |
| 10484 | AMERICAN PROTECTIVE SERVICES | 0700348 | 112.31 |
| 10492 | KH ENTERPRISES | 0700367 | 68.36 |
| 10503 | CLAIROL INC 1331314 | 0700450 | 34.67 |
| 10504 | BRISTOL-MYERS COMPANY | 0700451 | 308.07 |
| 10507 | CANDLE CO. | 0700463 | 27.20 |
| 10510 | GOELITZ CONFECTIONERY | 0700479 | 684.71 |
| 10511 | MARILYN MIGLIN LLC | 0700485 | 964.56 |
| 10515 | STANDARD DISTRIBUTING, INC. | 0700503 | 115.24 |
| 10517 | J.B. WILLIAMS CO., INC. | 0700505 | 3,540.84 |
| 10525 | KPT REMIC LOAN LLC | 0700523 | 4,034.57 |
| 10527 | TSATOUMAS, EUGENIA | 0700526U | 55.66 |
| 10529 | SPECTRA-GUARD | 0700534 | 298.60 |
| 10531 | RWD SERVICE, INC. | 0700546 | 7.01 |
| 10534 | WORLDWIDE COSMETICS | 0700559 | 1,092.62 |
| 10536 | FIRST UNION NATIONAL BANK | 0700564 | 155.70 |
| 10537 | ADVANCED DISTRIBUTION SYS., INC. | 0700565 | 1,530.17 |
| 10538 | KIMMEL TRUCK TIRES | 0700566 | 30.31 |
| 10542 | NEW DANA PERFUMES CORPORATION CUSTOMER | 0700571 | 548.67 |
| 10544 | ADVANCED ENTERPRISES INC WONDER PRODUCTS | 0700580 | 189.72 |
| 10546 | MAILBOXES, ETC | 0700584 | 8.95 |
| 10555 | DATACOM WAREHOUSE | 0700599 | 10.14 |
| 10556 | FERRAGANO PARFUMS LLC | 0700601 | 230.87 |
| 10557 | CARME'COSMECEUTICAL SCIENCES INC. | 0700602 | 331.57 |
| 10559 | W.A.B.B.I.T., INC. | 0700604 | 106.72 |
| 10567 | KPT REMIC LOAN LLC | 0700618U | 6,047.42 |
| 10568 | KPT REMIC LOAN LLC | 0700619U | 12.01 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10569 | KPT REMIC LOAN LLC | 0700620U | 13,132.20 |
| 10570 | L&N SALES AND MARKETING, INC. | 0700623 | 61.99 |
| 10571 | SCHOLL, ELIZABETH S. | 0700627U | 45.09 |
| 10572 | MARTIN E. ASKIN CO., THE | 0700629 | 107.92 |
| 10573 | KIM & RANDY HARRAR (1st attempt) | 0700631 | 2,325.05 |
| 10576 | MNCIC | 0700656 | 1,085.02 |
| 10583 | FHM DEVELOPMENT LLC | 0700684 | 3,553.57 |
| 10588 | COLOR ME BEAUTIFUL | 0700695 | 3,721.25 |
| 10589 | RGA LEATHERWORKS | 0700696 | 66.54 |
| 10590 | BURNHAM PACIFIC OPERATING PTNSHP | 0700697 | 231.33 |
| 10592 | DAVIDSON BEAUTY SUPPLY EQUIPMENT | 0700701 | 12,029.39 |
| 10593 | EOP-ONE DEVON SQUARE, LP | 0700708 | 5,332.81 |
| 10594 | PROGRESSIVE BEAUTY SYSTEM INC. | 0700709 | 2,169.46 |
| 10597 | PROCTER & GAMBLE DIST. CO | 0700715 | 10,383.92 |
| 10598 | DIAL CORP., THE | 0700716 | 8,074.04 |
| 10600 | CBI LABORATORIES | 0700719 | 679.48 |
| 10601 | SASSABY COSMETICS | 0700720 | 2,108.26 |
| 10602 | EVERETT, NORMAN | 0700721U | 764.86 |
| 10603 | DERMATOLOGICAL SCIENCES CORP. | 0700724 | 148.99 |
| 10607 | NEXXUS OF THE CAROLINAS STROMAN BEAUTY SUPPLY, INC. | 0700735 | 53.21 |
| 10608 | ROCKVALE SQUARE ASSOCIATES | 0700740 | 135.45 |
| 10611 | WOODSTOCK NATURAL PRODUCTS, INC. | 0700744 | 14.65 |
| 10613 | IBM CORPORATION | 0700748 | 455.44 |
| 10614 | IBM CREDIT CORP. | 0700749 | 1,151.05 |
| 10617 | WOMBLES, ANGELICA | 0700756 | 132.39 |
| 10618 | LAMAUR DIVISION OF ELECTRONIC | 0700767 | 43.78 |
| 10620 | EISNER & ASSOCIATES, INC. | 0700771 | 6,080.82 |
| 10628 | M&R CARPET CLEANING | 0700788 | 369.10 |
| 10629 | THORSEN, TED | 0700789 | 23.45 |
| 10634 | R.R. NEW BRAUNFELS | 0700798 | 2,275.73 |
| 10638 | CW WALDORF RETAIL, LP | 0700804 | 3,585.75 |
| 10640 | AURORA COLOR | 0700809 | 162.24 |
| 10645 | EVCOR SYSTEMS MIDATLANTIC | 0700820 | 481.61 |
| 10650 | ACQUIPORT MIDATLANTIC REALTY, INC. | 0700835 | 4,009.17 |



| Check # | Creditor | POC # | Check Amount |
|---|---|---|---:|
| 10658 | TELESEC/ CORESTAFF SERVICES | 0700853 | 36.36 |
| 10659 | GUERLAIN, INC. | 0700854 | 277.98 |
| 10660 | EARTH SCIENCE | 0700855 | 200.60 |
| 10662 | EUROPEAN DESIGNER FRAGRANCES | 0700858 | 1,364.91 |
| 10668 | KNEIPP CORPORATION OF AMERICA | 0700881 | 3,746.12 |
| 10677 | JOSEPH BIGIO INTERIOR DESIGN INC. | 0790452 | 73.98 |
| 10678 | JOSEPH BIGIO INTERIOR DESIGN INC. | 0790453 | 61.24 |
| 10680 | ACQUIPORT MIDATLANTIC REALTY, INC. | 0790458 | 525.82 |
| 10681 | UNIVERSAL CLEANING SERVICES, INC. | 0790462 | 377.61 |
| 10694 | PRESS EXPRESS | 0790495 | 457.28 |
| 10696 | PRIMAK II SALES, INC. | 0790498 | 366.33 |
| 10698 | RUBIGO COSMETICS, INC. | 0790503 | 138.16 |
| 10716 | INTERCOSMETICS, INC | 0790536 | 232.05 |
| 10722 | NAILTIQUES | 0790556 | 528.38 |
| 10727 | RETAIL SYSTEM SOLUTIONS CO. LLC | 0790566 | 325.55 |
| 10728 | FING'RS | 0790568 | 805.58 |
| 10732 | COS FINANCIAL INC. | 0790576 | 994.93 |
| 10744 | LEAVEN LTD., INC T/A INLINGUAL SCHOOL OF LANG. | 0790600 | 11.50 |
| 10750 | NATIONAL MALL MONITORS INC. | 0790615 | 6.80 |
| 10751 | AMON RE' LABORATORIES LLC | 0790616 | 759.27 |
| 10755 | PGE | 0790620 | 9.99 |
| 10757 | REVLON PROFESSIONAL | 0790628 | 80.82 |
| 10758 | SANOFI BEAUTE INC. | 0790629 | 12,781.08 |
| 10760 | I & H REALTY CO. | 0790635 | 1,536.37 |
| 10765 | BLUE RIDGE MECHANICAL CONTRACTORS | 0790650 | 8.77 |
| 10769 | DERMABLEND | 0790660 | 5,333.47 |
| 10771 | CABOT LABORATORIES, INC | 0790663 | 582.53 |
| 10773 | RAINES, INC. | 0790666 | 128.44 |
| 10776 | ADVANCE ELECTRIC, CO. | 0790673 | 18.28 |
| 10777 | CONNECTICUT WASTE PROCESSING INCORPORATED | 0790680 | 5.25 |
| 10782 | INTERNATIONAL BEAUTY DESIGN, INC | 0790695 | 146.71 |
| 10783 | CHARLOTTESVILLE, CITY OF | 0790706 | 11.34 |
| 10784 | SIMSERV, INC. | 0790707 | 14.77 |
| 10785 | EARRING ESSENTIALS, INC. | 0790718 | 90.49 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10787 | CARTER-WALLACE, INC. | 1100002 | 65.39 |
| 10791 | BRADLEY PHARMACEUTICALS, INC. | 1100007 | 643.40 |
| 10795 | JOHSON & JOHNSON - SALES & LOGISTIC CO | 1100014 | 18,541.79 |
| 10799 | EYDE, LOUIS J. LTD FAMILY PARTNERSHIP | 1100021 | 987.22 |
| 10805 | FINOVA CAPITAL CORPORATION | 1100038 | 10,895.57 |
| 10809 | QUEBCOR PRINTING (USA) CORP. | 1100045 | 5,503.81 |
| 10814 | JACKSON COUNTY TREASURER | 1100053 | 79.81 |
| 10816 | A&B PARKING | 1100058 | 31.00 |
| 10818 | DUKE ENERGY CORPORATION LEGAL DEPARTMENT | 1100062 | 155.53 |
| 10821 | PFIZER, INC. | 1100065 | 6,876.72 |
| 10822 | BELAE BRANDS INC | 1100069 | 3,595.72 |
| 10825 | BAUSCH & LOMB | 1100072 | 346.77 |
| 10829 | ASPEN HILL VENTURE | 1100077 | 333.57 |
| 10838 | PEOPLE GAS LIGHT & COKE CO. | 1100092 | 25.11 |
| 10842 | MEGAS BEAUTY CARE, INC. | 1100098 | 77.73 |
| 10843 | NCR CORPORATION Attn: Nancy Bova | 1100099 | 290.79 |
| 10853 | ALLEGRAN, INC. | 1100110 | 100.99 |
| 10854 | REMINGTON PRODUCTS CO. L.L.C. | 1100111 | 1,847.37 |
| 10856 | L&N SALES AND MARKETING, INC. | 1100114 | 1,260.59 |
| 10860 | ACQUIPORT MIDATLANTIC REALTY, INC. | 1100119 | 172.77 |
| 10863 | GROVE CITY FACTORY SHOPS PARTNERSHIP | 1100122U | 2,031.54 |
| 10864 | MAGNOLIA BLUFF FACTORY SHOPS LTD PTSHP | 1100123U | 1,125.81 |
| 10868 | PACIFIC BELL | 1100135 | 45.48 |
| 10869 | FRENCH FRAGRANCES | 1100138 | 6,501.30 |
| 10872 | RPS, INC. | 1100145 | 7.67 |
| 10874 | GREAT MALL OF THE BAY AREA ASSOCIATION | 1100148 | 1,418.08 |
| 10877 | SOUTHWESTERN BELL TELEPHONE COMPANY | 1100159 | 141.47 |
| 10887 | SILVER SANDS JOINT VENTURE PARTNERS | 1100186 | 50.26 |
| 10888 | DPI-C&G DIST, INC. | 1100187 | 1,293.67 |
| 10891 | STAPLES, INC. STAPLES BUSINESS ADVANTAGE | 1100190 | 1,790.71 |
| 10892 | ONTARIO MILLS LIMITED PARTNERSHIP | 1100191 | 3,656.19 |

| Check # | Creditor | POC # | Check Amount |
|---|---|---|---|
| 10896 | ONTARIO MILLS LIMITED PARTNERSHIP | 1100208 | 4,051.76 |
| 10897 | PLD INTERNATIONAL CORPORATION | 1100211 | 10,239.37 |
| 10905 | HAMILTON PARTNERS | 1100248 | 2,159.07 |
| 10914 | GILLETTE COMPANY, THE | 1100289 | 3,237.58 |
| 10915 | URBAN RETAIL PROP., HAWTHORNE HILLS | 1100308 | 3,303.34 |
| 10917 | BELSON PRODUCTS BURTON A HONIG V.P. FINANCE | 1100320 | 1,090.96 |
| 10931 | EOP-ONE DEVON SQUARE, LP | 1100353 | 5,122.01 |
| 10932 | BELLSOUTH TELECOMMUNICATIONS, INC. | 1100355 | 298.98 |
| 10934 | FHM DEVELOPMENT LLC | 1100366 | 780.72 |
| 10939 | AMERICAN CREDIT IDEMNITY AGENT OF GOELITZ | 1100385 | 684.71 |
| 10941 | PALISADE TRADING CO, INC. | 1100406 | 5,630.82 |
| 10943 | KPT REMIC LOAN LLC | 1100415U | 9,306.17 |
| 10944 | COMP USA | 1100416 | 57.29 |
| 10953 | LUCENT TECHNOLOGIES | 1100567 | 100.31 |
| 10955 | REEVES, ANNA E. | 1100613 | 11.63 |
| 10956 | PENNSYLVANIA POWER COMPANY c/o KATHY J. HECKATHORNE | 1100644 | 19.28 |
| 10957 | REGEN CAPITAL 1, INC. | 1100669 | 534.71 |
| 10960 | CROSLAND GROUP, INC. | 1100735 | 868.94 |
| 20971 | KIM & RANDY HARRAR (2nd attempt) | 0700631 | 2,325.05 |
| 20973 | KIM & RANDY HARRAR (3rd attempt) | 0700631 | 2,325.05 |
| | | | $ 414,912.04 |

5.  On or about, December 2, 2013, the Trustee turned over funds to the Court per an Order entered at D.I. 1012, pursuant to a small claims motion. However, the Trustee has since discovered that the following creditors did receive their distribution, and the amounts were incorrectly turned over based on the small claims motion:

| Claim Name | Claim No. | Claim Amount |
|---|---|---|
| Northern Virginia Electric Cooperative | 0700337 | $2.95 |
| Gates Hudson & Assoc. | 1100738U | 1.87 |
| State of Delaware | 0790670U | 4.23 |
| **Total:** | | **$9.05** |

6. Such balances represent unclaimed funds for which the Trustee requests permission to pay into the Court pursuant to this motion. Therefore, in order to rectify the error, and to account for the full amount of the unclaimed funds, the Trustee would request that the Court reallocate $9.05 from the small claims fund to the unclaimed registry in this case.

WHEREFORE, JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, respectfully requests that the Court permit the Estate's funds of ($414,902.99), be paid to the Clerk for deposit to the Unclaimed Registry.

Dated: February 4, 2014

/s/ JEOFFREY L. BURTCH, TRUSTEE
JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee
1000 WEST STREET, 10TH FLOOR, P.O. BOX 549
WILMINGTON, DE 19801
(302) 984-3800

IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

IN RE:

THE COSMETIC CENTER, INC.

Debtor(s)

CHAPTER 7

CASE NO. 99-00888-PJW

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $414,902.99 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

**IT IS FURTHER ORDERED** that the Bankruptcy Court re-allocate $9.05 paid into the Court for small claims funds on 12/02/2013 be transferred to the Unclaimed Registry.

_____
UNITED STATES BANKRUPTCY JUDGE

Ordered this _____ day of _____, 20_____.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

IN RE:

THE COSMETIC CENTER, INC.

Debtor(s)

CHAPTER 7

CASE NO. 99-00888-PJW

## CERTIFICATE OF SERVICE

I, JEOFFREY L. BURTCH, TRUSTEE, Chapter 7 Trustee, do hereby certify that February 4, 2014, I caused a copy of the within motion to be served, via regular, first-class, postage paid, on the following:

The Honorable Peter J. Walsh
United States Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

Office of the United States Trustee
U.S. Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

/s/ JEOFFREY L. BURTCH, TRUSTEE
JEOFFREY L. BURTCH, TRUSTEE
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
| --- | --- | --- |
| | § | CASE NO. 99-00888-PJW |
| The Cosmetic Center, Inc | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Elizabeth S. Scholl, in the amount of $4,345.09 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Elizabeth S. Scholl C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $4,345.09, to:

Elizabeth S. Scholl
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.

Dated: _____

_____
United States Bankruptcy Judge