# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: THE COSMETIC CENTER, INC. ) | Case No. 99-00888 | |
| ) | | |
| Debtor(s) ) | Re: Docket No. 1015 | |
| ) | | |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 1015

The undersigned hereby certifies that as of March 15th 2014, at 9:00 A.M., he has received no answer, objection, or other responsive pleading to the Motion for Release of Unclaimed Funds for Commercial Accounting Corporation as Assignee of Finova Capital Corporation [Docket No. 1015] (the "Motion"). The Motion was filed on February 18th 2014, Objections to the Motion were to be filed and served on or before March 14th 2014. The undersigned further certifies that he has reviewed the Court's docket in this case and finds no answer, objection, or other responsive pleading to the Motion appearing thereon.

The undersigned respectfully requests that the order attached to the Motion be granted.

Executed:   March 15, 2014

Dale Kennedy
American Property Locators, Inc.
Attorney-In-Fact for
Commercial Accounting Corporation as Assignee
of Finova Capital Corporation
3855 South Boulevard, Suite 200
Edmond, OK  73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: THE COSMETIC CENTER, INC.    ) Case No. 99-00888
                                    )
        Debtor(s)                   )
                                    )
                                    )

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15th 2014, I have mailed a true and correct copy of the foregoing CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO 1015 to:

U.S. Attorney's Office
Box 2046
Wilmington, DE  19899-2046

U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE  19801

_____
Dale Kennedy
American Property Locators, Inc.
Attorney-In-Fact for
Commercial Accounting Corporation as Assignee
of Finova Capital Corporation