# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: THE COSMETIC CENTER, INC.  )   Case No. 99-00888
)
Debtor(s)  )
)   re: docket # 1015
)

## ORDER FOR WITHDRAWAL OF
## FUNDS PAID INTO COURT

Upon consideration of the motion filed by Commercial Accounting Corporation as Assignee of Finova Capital Corporation, by its attorney-in-fact for withdrawal of funds paid into the Court under 11 U.S.C §347 and 28 U.S.C. §2042, and it appearing that the movant is entitled to the sum of $10,895.79, it is, by the United States Bankruptcy Court for the District of Delaware,

ORDERED, that pursuant to 28 U.S.C. §2042 and 11 U.S. C. §347, the Bankruptcy Clerk, District of Delaware, shall pay this unclaimed money to the order of:

> Commercial Accounting Corporation as
> Assignee of Finova Capital Corporation
> c/o Mr. Dale Kennedy
> American Property Locators, Inc.
> 3855 South Boulevard, Suite 200
> Edmond, OK 73013

Dated: March 20, 2014                   _____
                                        United States Bankruptcy Judge

CC: Ms. Jan Morrill, Financial Administrator, US Bankruptcy Court for the District of Delaware
Mr. Dale Kennedy, American Property Locators, Inc. Attorney-in-Fact for Commercial Accounting Corporation as Assignee of Finova Capital Corporation
3855 South Boulevard, Suite 200, Edmond, OK 73013