THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 99-00888-PJW |
| The Cosmetic Center, Inc | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## REQUEST TO WITHDRAW
## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for CVS Caremark Corporation, and respectfully requests to withdraw the application for unclaimed funds, submitted on behalf of CVS Caremark Corporation on March 5, 2014 (Docket #1029).

CVS Caremark Corporation has informed Dilks & Knopik, LLC that they wish to pursue the funds for which our application was submitted based on the application this court received on March 4, 2014 (Docket #1024). Dilks & Knopik, LLC has no objection to this request.

Please withdraw our Application for unclaimed funds.

Dated: March 21, 2014           Respectfully Submitted: _____
                                              Brian J. Dilks, Managing Member
                                              Dilks & Knopik, LLC, Attorney in Fact for
                                              CVS Caremark Corporation
                                              35308 SE Center St
                                              Snoqualmie, WA 98065
                                              (425) 836-5728

On 3/21/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

[Seal: ANDREW T. DRAKE, NOTARY PUBLIC, STATE OF WASHINGTON, COMMISSION EXPIRES 8-09-15]

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 99-00888-PJW |
| The Cosmetic Center, Inc | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

### CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on March 21, 2014, I served the within Request to Withdraw Application for the Recovery of Unclaimed Funds to the US Attorney and US Trustee listed below.

I further declare that I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
1201 Market Street, Ste 1100
PO Box 2046
Wilmington, DE 19899-2046

US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 21, 2014        Respectfully Submitted: _____

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
CVS Caremark Corporation
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

On 3/21/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

# DILKS & KNOPIK, LLC

"When Success Matters"

March 21, 2014

FILED
2014 MAR 26  AM 8:36

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

United State Bankruptcy Court
District of Delaware
Attn: Jan Morrill, Financial Administrator
824 Market St., 5th Floor
Marine Midland Plaza
Wilmington, DE 19801

RE: Application for the Release of Unclaimed Funds

Dear Ms. Morrill:

I am requesting the US Bankruptcy Court, District of Delaware to withdraw our previously filed application for the release of the unclaimed monies due and owing to ADVANCE PARADIGM INC for the amount of $37,518.49. This is from the Bankruptcy of The Cosmetic Center, Inc and Case No. 99-00888-PJW.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

35308 SE Center St
Snoqualmie, WA 98065

Phone  (425) 836-5728
Fax    (877) 209-8249
Email  admin@dilksknopik.com

www.dilksknopik.com