# COMBE

1101 Westchester Avenue | White Plains, NY 10604

March 28, 2014

United States Bankruptcy Court
For the District of Delaware
824 N Market Street
3rd Floor
Wilmington, DE 19801

Application for Release of Funds in the Unclaimed Registry
Case No. 99-00888-PJW
re: docket # 1065

The J.B. Williams Company is a wholly owned subsidiary of Combe Incorporated having been acquired by Combe on October 31, 2002. As such, Combe respectfully requests the Court to enter an order for release of funds due the J.B. Williams Company in connection with the Bankruptcy of the Cosmetic Center Inc.

1. The Trustee appointed by the Court in this case did deposit in the Registry of the Court funds owed to the J.B. Williams Company in the sum of $3,504.84. The check number for this payment was 10517. The funds were mailed to J.B. Williams at P.O. Box 19578 Newark, NJ 71950, however the address was no longer valid following the sale of J.B. Williams Company to Combe Incorporated and the check was returned as undeliverable

2. Combe Incorporated's current address, telephone number and tax identification number are as follows:

    Combe Incorporated
    1101 Westchester Avenue
    White Plains, NY 10604

    Tel: 914-461-4651
    Federal TIN 13-1913732

Combe Incorporated asks the Court to enter an order to the Clerk of the Court to release the funds due the J.B. Williams Company to Combe Incorporated at the address listed above.

Respectfully,

Joseph P Gusmano
Senior Vice President
Chief Financial Officer

Combe Incorporated

SO ORDERED this 28 day of April 2014

Peter J. Walsh
United States Bankruptcy Judge