# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 99-00888-PJW |
| The Cosmetic Center, Inc | § | |
| | § | |
| DEBTOR. | § | |
| | § | |
| | § | |

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Kim & Randy Harrar, claimant, claimant, hereby petitions the Court for $2,325.05, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Kim & Randy Harrar (1st attempt), creditor. A dividend check in the amount totaling $2,325.05 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to a 6596 GROVELAND RD, PIPPERSVILLE, PA 18947-1402. That address is no longer valid. The current address is listed below.

The creditor's current mailing address, phone and social security/tax identification number are:

Kim & Randy Harrar
3013 Meyers Ct.
Perkasie, PA 18944-4080
Last four digits of SSN/TIN: K: xxx-xx-8029  R: xxx-xx-7771

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $2,325.05 made payable to Kim & Randy Harrar c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: May 27, 2014          Respectfully Submitted: _____
Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Kim & Randy Harrar
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

On 5/27/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
| --- | --- | --- |
| The Cosmetic Center, Inc | § | CASE NO. 99-00888-PJW |
| | § | |
| DEBTOR. | § | |
| | § | |
| | § | |

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Kim & Randy Harrar (1st attempt), in the amount of $2,325.05 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Kim & Randy Harrar C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $2,325.05, to:

Kim & Randy Harrar
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.

Dated: _____

_____
United States Bankruptcy Judge

# DILKS & KNOPIK, LLC

"When Success Matters"

May 27, 2014

United State Bankruptcy Court
District of Delaware
Attn: Julia Johnston, Financial Administrator
824 Market St., 5th Floor
Marine Midland Plaza
Wilmington, DE 19801

RE: Application for the Release of Unclaimed Funds

Dear Ms. Johnston:

Please find the amended Application and Order for our application to the US Bankruptcy Court, District of Delaware for the release of the unclaimed monies due and owing to Kim & Randy Harrar for the amount of $2,325.05. As you know, we had applied for $6975.15, an incorrect amount.

This is from the Bankruptcy of The Cosmetic Center, Inc and Case No. 99-00888-PJW.

Thank you for your attention to this matter.

Sincerely,

Brian J. Dilks
Managing Member

35308 SE Center St
Snoqualmie, WA 98065

Phone (425) 836-5728
Fax    (877) 209-8249
Email  admin@dilksknopik.com

www.dilksknopik.com