# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:**<br>COSMETIC CENTER, INC., THE<br>8700 ROBERT FULTON DRIVE<br>COLUMBIA, MD 21046<br>  **EIN:** 52–1266697 | **Chapter:** 7<br><br><br><br>**Case No.:** 99–00888–PJW |

### NOTICE OF HEARING

Dilks & Knopik, LLC has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 6/26/14 at 02:00 PM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, DE 19801 . Objections are due on or before 6/19/14 .

*David D. Bird*

Clerk of Court

Date: 6/5/14

(VAN–455)