# Notice Recipients

| District/Off: 0311−1 | User: Nicki | Date Created: 6/5/2014 |
|---|---|---|
| Case: 99−00888−PJW | Form ID: van455 | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Jeoffrey L. Burtch | jburtch@coochtaylor.com |
| ust | Joseph J. McMahon Jr. | joseph.mcmahon@usdoj.gov |
| aty | Jeoffrey L. Burtch | jburtch@coochtaylor.com |
| aty | Jeoffrey L. Burtch | jburtch@coochtaylor.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | COSMETIC CENTER, INC., THE | 8700 ROBERT FULTON DRIVE | COLUMBIA, MD 21046 | |
| ust | US Trustee | US TRUSTEE OFFICE | 844 KING STREET | WILMINGTON, DE 19801 |
| 7434294 | Dilks &Knopik, LLC | 35308 SE Center St. | Snoqualmie, WA 98065 | |

TOTAL: 3