IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| THE COSMETIC CENTER, INC., ) | |
| ) | Case No. 99-888 (PJW) |
| Debtor. ) | |
| ) | **Re: Docket No. 1107** |

## STATUS REPORT OF CHAPTER 7 TRUSTEE

In response to the Court's Order Requiring Status Report, counsel for Jeoffrey L. Burtch, the Chapter 7 Trustee, responds as follows:

- The prepetition circumstances that occasioned the commencement of the Chapter 11 proceeding: Unknown. On September 14, 1999, this Court entered its Order granting the Debtor's motion to convert the case to a case under Chapter 7 of the Bankruptcy Code. Jeoffrey L. Burtch, Esquire, was appointed as interim trustee of the estate (the "Estate") on September 17, 1999 and is serving as trustee (the "Trustee") of the estate pursuant to Section 702(d) of the Bankruptcy Code.

- Whether any major sales of assets have occurred in the case: Substantially all assets of the Debtors were sold during the Chapter 11 case prior to the Trustee's appointment.

- The status of plan negotiations or preparations, and whether a plan has been confirmed: N/A

- Any major litigation pending or expected to be filed in the case: None.

- The status of analysis of Chapter 5 causes of action, including whether any suits have been brought: Completed.

- Every open adversary proceeding, and the current status of such proceeding: None.

- Counsel's expectation to any future significant developments or events in the administration of the case: On August 30, 2011, the Trustee's Final Report and Account of the Administration of the Estate ("TFR") was filed by the US Trustee. On September 22, 2011, the Order of Distribution was entered [D.I. 1002]. The Trustee has distributed the funds based on that Order and at this time, plans on filing a Motion to Pay Combined Unclaimed Check into the Court to turn over the remaining unclaimed funds to the Court. Further, the Trustee has recently received additional funds into the Estate and will prepare an amended TFR and proposed distribution based on the new funds and submit it for approval by the US Trustee and then final approval by this Court.

- Any pending motions or other items awaiting disposition by the Court: None.

Dated: October 9, 2014                COOCH AND TAYLOR, P.A.

　　　　　　　　　　　　　　　　　　　　 */s/ M. Claire McCudden*
　　　　　　　　　　　　　　　　　　　　M. Claire McCudden (No. 5036)
　　　　　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　　　　　1000 West Street, 10th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 1680
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 984-3809
　　　　　　　　　　　　　　　　　　　　Fax: (302) 984-3939
　　　　　　　　　　　　　　　　　　　　E-mail: cmccudden@coochtaylor.com

　　　　　　　　　　　　　　　　　　　　Counsel to the Chapter 7 Trustee