# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **COSMETIC CENTER, INC., THE** | ) | **Case No.   99-00888 (PJW)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this** 7th day of January, 2015, **it   is hereby ORDERED** that the above

Chapter 7 case (and all associated cases) is **TRANSFERRED** to the **Honorable Laurie Selber**

**Silverstein** for all further proceedings and dispositions[1].

Brendan Linehan Shannon
Chief United States Bankruptcy Judge

---

[1]    When filing papers, please include the initials of the Judge assigned to the case.