UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                                                                                  CASE NO. 99-00888

The Cosmetic Center...

**Debtor**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The undersigned, Mark Warren, Deputy General Counsel for The Locator Services Group Ltd. ("Applicant"), on behalf of Staples, Inc., ("Claimant") moves this court for entry of an Order directing the Clerk of the Court to remit to the Claimant the sum of $1,790.71, currently held in the US Treasury as unclaimed funds.

Applicant further states that:

1. Staples, Inc. Staples Business Advantage was due to receive a distribution from the estate of the debtor in the above-captioned case in the amount of $1,790.71. Said funds have been remitted to the Court as unclaimed, pursuant to 11 U.S.C. § 347. A copy of the Trustee's notice seeking to deposit these funds into the Treasury/Registry is appended to this Motion.

2. Applicant is an attorney and a "funds locator" who has been retained by the Claimant. Applicant has obtained an original Power of Attorney from the individual or the duly authorized representative for the business or the corporation seeking to claim said funds. A Power of Attorney conforming to the official Bankruptcy Form is attached and made a part of this Motion.

3. Applicant has attached and made part of this Motion additional exhibits containing supporting documentation establishing the Claimant is the rightful owner of said funds.

4. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before the court, or that any party other than the Claimant is entitled to submit an application for this claim.

5. Applicant states that Claimant has carefully searched his/her/their records, but could not locate the check(s), and, to the best of his/her/their knowledge, the check(s) have been lost, stolen, or destroyed. Claimant has not, and no one acting on his/her/their behalf has cashed, negotiated, endorsed, sold or

transferred the check(s) to anyone in any manner. If Claimant should find any such check(s), and proves that he/she/they is/are entitled to the distributions in respect of those check(s), Claimant will immediately return to the Clerk of the Court any distributions that Claimant received in respect of those check(s).

6. Applicant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment, or both, may be imposed if Applicant has knowingly and fraudulently made any false statements in this document.

Respectfully submitted this day, Wednesday, October 28, 2015.

THE LOCATOR SERVICES GROUP LTD:

BY: _____
Signature of Applicant
Mark Warren, Deputy General Counsel
The Locator Services Group Ltd.
Attorney in Fact for Staples, Inc.
280 Summer St, Suite 400
Boston, MA 02210
Phone: (617) 859-0600, ex 32

Staples, Inc.
Claimant

04-2896127
Claimant's SSN# or Tax ID

SUBSCRIBED AND SWORN before me this 28TH day of October, 2015.

_____
NOTARY PUBLIC
in and for the Commonwealth of Massachusetts,
residing in the County of Suffolk.

My commission expires: 4/7/17

ALYCIA DeANGELIS
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 7, 2017



## OFFICER'S CERTIFICATE OF AUTHORITY

I, Christine Komola, Chief Financial Officer of Staples, Inc., certify that Cynthia Timmons is the Director of Contract Accounting for Staples, Inc. and, as such, is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property, and to transfer, endorse, liquidate and receive unclaimed securities and related dividends owned by Staples, Inc., its subsidiaries, affiliates, acquisitions, and predecessor companies. Such properties or securities may be held in Staples, Inc.'s own name or in the names of its subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As and A/K/As.

Staples, Inc.'s subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As, and A/K/As, include but are not limited to, those listed on the Exhibit A attached hereto.

I affirm that the foregoing is true, under the penalties of perjury this 16th day of September, 2015.

_____          _____
Christine Komola                                       Cynthia Timmons
Chief Financial Officer                              Director of Contract Accounting
Staples, Inc.                                               Staples, Inc.
500 Staples Drive - 5W                            500 Staples Drive - 5W
Framingham, MA 01702                          Framingham, MA 01702

AFFIX CORPORATE SEAL

---

State of Massachusetts, County of Middlesex

Before me, Christine Komola, Chief Financial Officer, personally appeared, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Massachusetts that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____          7/16/2018
Notary's Signature                                      Commission Expires

Place Notary Seal Here

---

State of Massachusetts, County of Middlesex

Before me, Cynthia Timmons, Director of Contract Accounting, personally appeared and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Massachusetts that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____          7/16/2018
Notary's Signature                                      Commission expires

Place Notary Seal Here

Staples
500 Staples Dr
Framingham, MA 01702
www.staples.com





that was easy.

**Cynthia Mellin Timmons**
Director, Contract Accounting

Staples®
500 Staples Drive
Framingham, MA 01702

(508) 253-7980 Tel.
cynthia.mellin@staples.com


that was easy:

**Christine Komola**
Chief Financial Officer

Staples®
500 Staples Drive
Framingham, MA 01702

Tel: 508-253-7409
Fax: 508-253-8955
christine.komola@staples.com

www.staples.com

EX-21.1 8 exhibit211subsidiariesofth.htm SUBSIDIARIES OF THE COMPANY

EXHIBIT 21.1

# SUBSIDIARIES OF THE COMPANY

| Name of Subsidiary | Jurisdiction of Incorporation | Business Names |
|---|---|---|
| 3053840 Nova Scotia Company | Canada | same |
| 3053841 Nova Scotia Company | Canada | same |
| 3094494 Nova Scotia Company | Canada | same |
| 3258402 Nova Scotia Company | Canada | same |
| Agawam Mill, LP | USA | same |
| ATG Nye Drift AS | Norway | same |
| Auxilia Graphica S.r.L. | Italy | same |
| Beijing Staples Commerce & Trade Co., Ltd. | China | same |
| Bernard France SAS | France | same |
| Buhrmann II B.V. | Netherlands | same |
| Buhrmann Ireland Limited | Ireland | same |
| Buhrmann ISD Groupe S.A. | France | same |
| Buhrmann Paper UK Limited | United Kingdom | same |
| Buhrmann-Tetterode International Hellas A.E.E. | Greece | BTI-Hellas |
| CE Direct Pty Ltd | Australia | same |
| CEI Pty. Ltd. | Australia | same |
| CER New Zealand Limited | New Zealand | same |
| Cherokee Mill, LP | USA | same |
| Coppell Mill, LP | USA | same |
| Corporate Express B.V. | Netherlands | same |
| Corporate Express Canada, Inc. | Canada | Corporate Express of: Alberta, Vancouver, Delivery Systems, Nova Scotia, Maritimes |
| Corporate Express Employee Share Plan Company Pty. Ltd. | Australia | same |
| Corporate Express France S.A.S. | France | same |
| Corporate Express (Holdings) Ltd. | United Kingdom | same |

| Name of Subsidiary | Jurisdiction of Incorporation | Business Names |
|---|---|---|
| Staples Acquisition II B.V. | Netherlands | same |
| Staples Acquisition III B.V. | Netherlands | same |
| Staples Argentina S.A. | Argentina | same |
| Staples (Asia) Investments Limited | Cayman Islands | same |
| Staples Australia Bid Company Pty Limited | Australia | same |
| Staples Australia Holdings Pty Limited | Australia | same |
| Staples Australia Pty Limited | Australia | same |
| Staples Austria GmbH | Austria | same |
| Staples Belgium BVBA | Belgium | same |
| Staples Brand Consulting (Shenzhen) Co., Ltd. | China | same |
| Staples Brands International Limited | Hong Kong | same |
| Staples Brands Sales, LLC | USA | same |
| Staples Brasil Comercio de Materiais de Escritorio Ltda. | Brazil | same |
| Staples Canada, Inc. | Canada | Staples The Business Depot, Bureau en Gross, Staples the Office Superstore |
| Staples Canada Holdings, LLC | USA | same |
| Staples Canada Luxco SA | Luxembourg | same |
| Staples Canada Luxco II, SA | Luxembourg | same |
| Staples (China) Investment Co., Ltd. | China | same |
| Staples Connecticut, Inc. | USA | same |
| Staples Contract & Commercial, Inc. | USA | Staples Advantage, Staples Business Advantage, Staples National Advantage |
| Staples CRS BV | Netherlands | same |
| Staples CRS II BV | Netherlands | same |
| Staples CRS III BV | Netherlands | same |
| Staples CRS IV BV | Netherlands | same |
| Staples Cyprus Holdings Limited | Cyprus | same |
| Staples Cyprus Intermediary Holdings Limited | Cyprus | same |
| Staples Delivery Limited | United Kingdom | same |
| Staples Delivery, SA | Portugal | same |

# U.S. Bankruptcy Unclaimed Funds Locator

Creditors 3
Court DEB

Home    About

[Edit Search]

| | Last Name | First Name | Case | Debtor Name | Amount |
|---|---|---|---|---|---|
| ✗ | Staples, Inc. | | 00-00066 | AMERICAN PAD & PAPE... | $71.41 |
| ✗ | Staples, Inc. | | 00-00066 | AMERICAN PAD & PAPE... | $40.22 |
| ✗ | Staples, Inc. Staples Business Advantage | | 99-00888 | The Cosmetic Center... | $1,790.71 |

First    Prev    Next    Last

© 2015 - US Courts - Collaboratively Developed Software

LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

Staples, Inc. appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Staples, Inc. Staples Business Advantage in the amount of $1,790.71 and held by the United States Bankruptcy Court, District of Delaware in the matter of The Cosmetic Center with case number 99-00888.

Staples, Inc. grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to Staples, Inc. Staples Business Advantage. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of Staples, Inc.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Staples Business Advantage or Staples, Inc.

Signed this 15th day of October, 2015.

Staples, Inc.

By: _____
Cynthia Timmons
Director of Contract Accounting

Tax ID No.    04-2896127
(Required for identification purposes)

State of Massachusetts

County of Middlesex

On October 15th, 2015 before me, Karen Durand, Notary Public, personally appeared Cynthia Timmons who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Massachuset that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature: Karen Durand

My Commission Expires: 7/16/2018

NOTARY SEAL