IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                              : Chapter 7
                                                    :
                                                    : Case No. 99-00888-KG
**COSMETIC CENTER, INC.** *et al.*,                 :
                                                    :
Debtors.                                            :
---------------------------------------------------------------:

## ORDER ON MOTION OF PIONEER FUNDING GROUP LLC FOR ENTRY OF AN ORDER RELEASING UNCLAIMED FUNDS [DKT # 1116]

Upon the Motion of Pioneer Funding Group, LLC ("Pioneer") for Release of Unclaimed Funds (the "Motion") [Dkt # 1116]; and it appearing that the check made payable to Belae Brands, Inc. in the amount of $3,595.72 was not cashed within the ninety-day limit as more fully set forth in the Motion; and it appearing that an unclaimed money report was entered on February 4, 2014 to close the account and transfer the funds to the Clerk of the Bankruptcy Court for deposit with the United States Treasury or such designated local depository institution, all as more fully set forth in the Motion; and it further appearing that Belae Brands, Inc. c/o Pioneer claim the funds as set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Motion is GRANTED.

2.  The Clerk of the Bankruptcy Court is hereby ordered and directed to pay the sum of

$3,595.72 to:

>   Belae Brands, Inc.
>   c/o Pioneer Funding Group, LLC
>   Greeley Square Station
>   P.O. Box 20188
>   New York, NY  10001

Dated: December 16, 2015
Wilmington, Delaware

The Honorable Kevin Gross
United States Bankruptcy Judge