## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

CASE NO. 99-00888

The Cosmetic Center...

Debtor

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with 28 USC Section 2042, the Court finds, for the reasons stated in the Application and supporting documentation filed contemporaneously herewith, that funds in the amount of $6,876.72, are unclaimed funds due back to Pfizer Inc.

**IT IS ORDERED** that, pursuant to 28 US 2042, the Bankruptcy Clerk, District of Delaware, pay this unclaimed money to the order of:

Pfizer Inc.
c/o The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA 02210

Dated: Dec. 29, 2015

Bankruptcy Judge
District of Delaware