## THE UNITED STATES BANKRUPCTCY COURT
## FOR THE DISTRICT OF DELAWARE

| IN RE | : | |
|---|---|---|
| | : | Case No: |
| COSMETIC CENTER, INC. | : | 99-00888 |
| | : | |
| DEBTOR | : | |

### ORDER

On the **29** th day of **Dec**, 201**5**. Upon review of the Motion to Release Unclaimed Funds submitted by Segment Returns, LLC on Behalf of Maryland Netherlands Credit Insurance Company to receive the sum of $1,085.02 in unclaimed funds, and good cause appearing therein,

IT IS ORDERED the Motion to Release Unclaimed Funds filed by

Segment Returns, LLC, is GRANTED; and the Clerk shall release to

Maryland Netherlands Credit Insurance Company

unclaimed funds in the amount of $1,085.02 and shall be made payable to

Maryland Netherlands Credit Insurance Company

c/o Segment Returns LLC P.O. Box 40054 Arlington, VA 22204

12-29-15
Dated

United States Bankruptcy Judge