IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                               )
**THE COSMETIC CENTER, INC .**       )   Case No. 99-00888-KG
              Debtor                 )
                                     )

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check number 10592 made payable to Davidson Beauty Supply Company in the amount of $12,029.39 was not charged against the bank account of the Debtor's estate within the 90-day limit pursuant to 11 U.S.C. § 347 and an unclaimed money report was entered to close the account and transfer the monies into the Registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Davidson Beauty Supply Equipment, through its successors-in-interest and attorney in fact, Sirlin Lesser & Benson, P.C., now claims the above monies in the petition attached hereto,

IT IS on this 22nd day of January, 2016 ORDERED that the Clerk of the Bankruptcy Court pay the sum of $12,029.39 to:

    Davidson Beauty Supply Company
    c/o Benesch, Friedlander, Coplan & Aronoff LLP
    222 Delaware Avenue, Suite 801
    Wilmington, DE 19801

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

8928172 v1