IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| THE COSMETIC CENTER, INC., | CASE NO. 99-00888-KG |
| Debtor(s) | |
| | RE: Docket No. 1144, 1147 |

### REVISED ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $957.67 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____
THE HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

Ordered this 19th day of April, 2016.